UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CIV 9246**

---

MICHAEL J. PALLADINO, as President of the NEW YORK CITY DETECTIVES' ENDOWMENT ASSOCIATION, INC., NEW YORK CITY DETECTIVES' ENDOWMENT ASSOCIATION, INC., EDWARD D. MULLINS, as President of the SERGEANTS BENEVOLENT ASSOCIATION of the CITY OF NEW YORK, INC., SERGEANTS BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., THOMAS DROGAN, as President of the LIEUTENANTS BENEVOLENT ASSOCIATION of the POLICE DEPARTMENT of the CITY OF NEW YORK, LIEUTENANTS BENEVOLENT ASSOCIATION of the POLICE DEPARTMENT of the CITY OF NEW YORK, JOHN DOE, JANE ROE and all POLICE OFFICERS named herein and others similarly situated,

                       Plaintiffs,

        -against-

THE CITY OF NEW YORK, the NEW YORK CITY POLICE DEPARTMENT, and RAYMOND W. KELLY, as COMMISSIONER of the NEW YORK CITY POLICE DEPARTMENT,

                       Defendants.

-----------------------------------------------------------------X

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

*[Handwritten annotation:]* Application denied per separate order dated 10/16/07.
*[signature]*
USDJ
10-16-07

Upon the affidavit of Michael J. Palladino, President of the New York City Detectives' Endowment Association, Inc., sworn to on the 9th day of October, 2007, the affidavit of Daniel Rivera, sworn to on the 9th day of October, 2007, the verified complaint, the exhibits thereto, and the accompanying memorandum of law, it is

**ORDERED,** that the above named defendants show cause before a motion term of this

1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07

Court, at Room ____, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on the ___ day of October, 2007 at ____ in the ____ noon of that day or as soon thereafter as counsel can be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure, preliminary enjoining the Defendants during the pendency of this action from further implementation and/or application of a certain Interim Order, Issued 9-30-07, Reference P.G. 212 Series, No. 52, with the subject "Alcohol Testing for Uniformed Members of the Service Involved in Firearms Discharges Resulting in Injury to or Death of a Person"; and it is further

**ORDERED**, that service of this Order to Show Cause and the papers upon which it is based may be made on or before October ___, 2007 by personal service of a true copy of such papers and this Order to Show Cause upon the defendants, The City of New York, the New York City Police Department, and Raymond W. Kelly, as Commissioner of the New York City Police Department, their counsel c/o Michael A. Cardozo, Corporation Counsel of the City of New York, 100 Church Street, New York, New York 10007, on or before October ___, 2007, and that such service shall be deemed good and sufficient service; and it is further

**ORDERED**, that Defendant(s)' opposition papers, if any, to Plaintiffs' application be served upon Plaintiffs' counsel, Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, East Meadow, New York 11554, Attn: Michael C. Axelrod, Esq., by facsimile on or before _____, 2007, and Plaintiffs may serve their reply papers, if any, upon Defendants' counsel, Michael A. Cardozo, Corporation Counsel of the City of New York, 100 Church Street, New York, New York 10007, by facsimile on or before _____, 2007.

Dated: New York, New York

Issued: _____

ENTER:

_____
United States District Judge