UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MICHAEL J. PALLADINO, as President of the New York City Detectives' Endowment Association, Inc., NEW YORK CITY DETECTIVES' ENDOWMENT ASSOCIATION, INC., EDWARD D. MULLINS, as President of the Sergeants Benevolent Association Of The City Of New York, Inc., SERGEANTS BENEVOLENT ASSOCIATION OF THE CITY OF NEW YORK, INC., THOMAS DROGAN, as President of the Lieutenant's Benevolent Association Of The Police Department Of The City Of New York, LIEUTENANT'S BENEVOLENT ASSOCIATION OF THE POLICE DEPARTMENT OF THE CITY OF NEW YORK, JOHN DOE, JANE ROE, and all POLICE OFFICERS named herein and others similarly situated

**NOTICE OF APPEARANCE**

07 Civ. 9246 (GBD)(MGD)

Plaintiffs,

-against-

THE CITY OF NEW YORK, the NEW YORK CITY POLICE DEPARTMENT, and RAYMOND W. KELLY, as Commissioner of the New York City Police Department,

Defendants.

------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for all defendants in the above-captioned action, and I am the present Assistant Corporation Counsel

assigned to this action, and all future filings, or other information, related to this action can be directed to me at the below address.

Dated:     New York, New York
           October 17, 2007

                                      **MICHAEL A. CARDOZO**
                                      Corporation Counsel of the
                                          City of New York
                                      Attorney for Defendants
                                      100 Church Street, Room 2-187
                                      New York, N.Y. 10007-2601
                                      (212) 788-0952

                          By:    ECF          /s/
                                      Alan M. Schlesinger
                                    Assistant Corporation Counsel

To:    **CERTILMAN, BALIN, ADLER & HYMAN, LLP**
        Attorneys for Plaintiffs
        9th Floor
        90 Merrick Avenue
        East Meadow, NY 11554
        (516) 296-7000
        Att: Jennifer A. Bentley

07 Civ. 9246 (GBD)(MHD)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL J. PALLADINO, as President of the New York City Detectives' Endowment Association, Inc., et al.,

                              Plaintiffs,

-against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

**DEFENDANTS' NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
Corporation Counsel of the City of New York
Attorney for Defendants
100 Church Street, Room 2-187
New York, N.Y.  10007-2601

Of Counsel:  Alan M. Schlesinger
Tel:  (212) 788-0952

Matter No. 2007-031620

*Due and timely service is hereby admitted.*

New York, N.Y.  ........................................, 200 . . .

    ................................................................

Attorney for..............................................................