UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X    07 CIV 9246

MICHAEL J. PALLADINO, as President of the NEW
YORK CITY DETECTIVES' ENDOWMENT
ASSOCIATION, INC., NEW YORK CITY
DETECTIVES' ENDOWMENT ASSOCIATION,
INC., EDWARD D. MULLINS, as President
of the SERGEANTS BENEVOLENT
ASSOCIATION of the CITY OF NEW YORK,                **NOTICE OF**
INC., SERGEANTS BENEVOLENT ASSOCIATION              **APPEARANCE**
OF THE CITY OF NEW YORK, INC., THOMAS
DROGAN, as President of the LIEUTENANTS
BENEVOLENT ASSOCIATION of the POLICE
DEPARTMENT of the CITY OF NEW YORK,
LIEUTENANTS BENEVOLENT ASSOCIATION
of the POLICE DEPARTMENT of the CITY OF
NEW YORK, JOHN DOE, JANE ROE and all
POLICE OFFICERS named herein and others
similarly situated,
        Plaintiffs,


  -against-

THE CITY OF NEW YORK, the NEW YORK CITY
POLICE DEPARTMENT, and RAYMOND W. KELLY,
as COMMISSIONER of the NEW YORK CITY POLICE
DEPARTMENT,

        Defendants.
------------------------------------------------------------------X

  PLEASE TAKE NOTICE, that the undersigned have been retained by and appears for

Plaintiffs, MICHAEL J. PALLADINO, as President of the NEW YORK CITY DETECTIVES'

ENDOWMENT ASSOCIATION, INC., NEW YORK CITY DETECTIVES' ENDOWMENT

ASSOCIATION, INC., EDWARD D. MULLINS, as President of the SERGEANTS

BENEVOLENT ASSOCIATION of the CITY OF NEW YORK, INC., SERGEANTS

BENEVOLENT ASSOCIATION of the CITY OF NEW YORK, INC., THOMAS DROGAN,

as President of the LIEUTENANTS BENEVOLENT ASSOCIATION of the POLICE DEPARTMENT of the CITY OF NEW YORK, LIEUTENANTS BENEVOLENT ASSOCIATION of the POLICE DEPARTMENT OF THE CITY OF NEW YORK, JOHN DOE, JANE ROE and all POLICE OFFICERS named herein and others similarly situated in this action and demands that a copy of all notices and other papers therein be served on us at our offices located at 90 Merrick Avenue, 9th Floor, East Meadow, New York 11554.

Dated: East Meadow, New York
      October 18, 2007

CERTILMAN BALIN ADLER & HYMAN, LLP

By: *[signature]*
Jennifer Bentley (JB-7146)
Attorneys for Plaintiffs
90 Merrick Avenue
East Meadow, New York 11747
516-296-7000

TO:   Michael A. Cardozo, Esq.
      Attorneys for Defendants
      Corporation Counsel of the City of New York
      100 Church Street
      New York, New York 10007
      (212) 788-0303