UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X    07 CIV 9246

MICHAEL J. PALLADINO, as President of the NEW    (GBD)
YORK CITY DETECTIVES' ENDOWMENT    (MHD)
ASSOCIATION, INC., NEW YORK CITY
DETECTIVES' ENDOWMENT ASSOCIATION,
INC., EDWARD D. MULLINS, as President
of the SERGEANTS BENEVOLENT
ASSOCIATION of the CITY OF NEW YORK,    **NOTICE OF**
INC., SERGEANTS BENEVOLENT ASSOCIATION    **MOTION**
OF THE CITY OF NEW YORK, INC., THOMAS
DROGAN,  as President of the LIEUTENANTS
BENEVOLENT ASSOCIATION of the POLICE
DEPARTMENT of the CITY OF NEW YORK,
LIEUTENANTS BENEVOLENT ASSOCIATION
of the POLICE DEPARTMENT of the CITY OF
NEW YORK,  JOHN DOE, JANE ROE and all
POLICE OFFICERS named herein and others
similarly situated,

                                        Plaintiffs,


                -against-


THE CITY OF NEW YORK, the NEW YORK CITY
POLICE DEPARTMENT,  and RAYMOND W. KELLY,
as COMMISSIONER of the NEW YORK CITY POLICE
DEPARTMENT,

                                        Defendants.
-------------------------------------------------------------------X


        PLEASE TAKE NOTICE, that upon the affidavit of Michael J. Palladino, President of

the New York City Detectives' Endowment Association, Inc., sworn to on the 9th day of

October, 2007, the affidavit of Daniel Rivera, sworn to on the 9th day of October, 2007, the

verified complaint, the exhibits thereto, and the accompanying memorandum of law, and upon

all the prior pleadings and proceedings heretofore had herein, plaintiff shall move this Court at

                                        1

1938460.1

the Courthouse located at 500 Pearl Street, New York, New York, on the 19th day of

November 2007, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order

pursuant to Rule 65 of the Federal Rules of Civil Procedure, preliminary enjoining the

Defendants during the pendency of this action from further implementation and/or application

of a certain Interim Order, Issued 9-30-07, Reference P.G. 212 Series, No. 52, with the subject

"Alcohol Testing for Uniformed Members of the Service Involved in Firearms Discharges

Resulting in Injury to or Death of a Person"; and granting such other and further relief as the

Court may deem just and proper.


Dated: East Meadow, New York
       October 18, 2007

                **CERTILMAN BALIN ADLER & HYMAN, LLP**

                By: _____
                   Jennifer Bentley, Esq. (7146)
                   Attorneys for Plaintiffs
                   90 Merrick Avenue
                   East Meadow, New York 11554
                   (516) 296-7000


TO:     Michael A. Cardozo, Esq.
         Attorneys for Defendants
         Corporation Counsel of the City of New York
         100 Church Street, Room 2-187
         New York, New York 10007
         Attn: Alan M. Schlesinger, Esq.
         (212) 788-0303

1938460.1