UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   07 CIV 9246 (GBD)(MHD)
MICHAEL J. PALLADINO, as President of the NEW
YORK CITY DETECTIVES' ENDOWMENT
ASSOCIATION, INC., NEW YORK CITY
DETECTIVES' ENDOWMENT ASSOCIATION,
INC., EDWARD D. MULLINS, as President
of the SERGEANTS BENEVOLENT
ASSOCIATION of the CITY OF NEW YORK,          RULE 7.1 DISCLOSURE
INC., SERGEANTS BENEVOLENT ASSOCIATION        STATEMENT
OF THE CITY OF NEW YORK, INC., THOMAS
DROGAN, as President of the LIEUTENANTS
BENEVOLENT ASSOCIATION of the POLICE
DEPARTMENT of the CITY OF NEW YORK,
LIEUTENANTS BENEVOLENT ASSOCIATION
of the POLICE DEPARTMENT of the CITY OF
NEW YORK, JOHN DOE, JANE ROE and all
POLICE OFFICERS named herein and others
similarly situated,

                              Plaintiffs,


        -against-

THE CITY OF NEW YORK, the NEW YORK CITY
POLICE DEPARTMENT, and RAYMOND W. KELLY,
as COMMISSIONER of the NEW YORK CITY POLICE
DEPARTMENT,

                              Defendants.
------------------------------------------------------------------X

        Defendant, New York City Detective Endowment Association, Inc., by its attorneys,

Certilman Balin Adler & Hyman, LLP, as and for its disclosure statement pursuant to Rule 7.1 of

the Federal Rules of Civil Procedure, hereby states:

        1.      Is defendant a publicly held corporation or other publicly held entity?     No.
        2.      Does defendant have a parent corporation?   No.
        3.      Is 10% or more of defendant owned by a publicly held corporation or other
                publicly held entity?   No.

Dated: East Meadow, New York
October 22, 2007

By: **CERTILMAN BALIN ADLER & HYMAN, LLP**

*[signature]*

Candace Reid Gladston
Attorneys for Plaintiffs
90 Merrick Avenue, 9th Floor
East Meadow, New York 11554
516-296-7000
516-296-7111 (fax)
cgladston@certilmanbalin.com

To: Michael A. Cardozo, Esq.
Attorneys for Defendants
Corporation Counsel of the City of New York
100 Church Street, Room 2-187
New York, New York 10007
Attn: Alan M. Schlesinger, Esq.
(212) 788-0952
(212) 788-0940 (fax)
aschlesi@law.nyc.gov

1939576-1