**CERTIFICATE OF SERVICE**

I hereby certify that on the 22nd day of October, 2007, the foregoing **RULE 7.1 DISCLOSURE STATEMENT** was filed in <u>Michael Palladino, as President of the New York City Detectives' Endowment Association, Inc. et. al. v. The City of New York, et al.</u>, 07-CIV-9246, with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Southern District Rules on Electronic Service upon the following parties and participants:

TO: Michael A. Cardozo, Esq.
    Attorneys for Defendants
    Corporation Counsel of the City of New York
    100 Church Street, Room 2-187
    New York, New York 10007
    Attn: Alan M. Schlesinger, Esq.
    (212) 788-0303

_____
Candace Reid Gladston

1939660.1