AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

JUDGE DANIELS

SOUTHERN DISTRICT OF _____ OF NEW YORK

MICHAEL PALLADINO, as President of the NEW YORK CITY DETECTIVES' ENDOWMENT ASSOCIATION, INC.

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 07 CIV 9246

THE CITY OF NEW YORK
(See attached for full caption)

TO: (Name and address of defendant)

See attached

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY 11554
(516) 296-7000

an answer to the complaint which is herewith served upon you, within ___20 (Twenty)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

OCT 16 2007
DATE

(BY) DEPUTY CLERK

## *RIDER*

------------------------------------------------------------------X
MICHAEL J. PALLADINO, as President of the NEW
YORK CITY DETECTIVES' ENDOWMENT
ASSOCIATION, INC., NEW YORK CITY
DETECTIVES' ENDOWMENT ASSOCIATION,
INC., EDWARD D. MULLINS, as President
of the SERGEANTS BENEVOLENT
ASSOCIATION of the CITY OF NEW YORK,
INC., SERGEANTS BENEVOLENT ASSOCIATION
OF THE CITY OF NEW YORK, INC., THOMAS
DROGAN, as President of the LIEUTENANTS                           BENEVOLENT
ASSOCIATION of the POLICE
DEPARTMENT of the CITY OF NEW YORK,
LIEUTENANTS BENEVOLENT ASSOCIATION
of the POLICE DEPARTMENT of the CITY OF
NEW YORK, JOHN DOE, JANE ROE and all
POLICE OFFICERS named herein and others
similarly situated,

                              Plaintiffs,

       -against-

THE CITY OF NEW YORK, the NEW YORK CITY
POLICE DEPARTMENT, and RAYMOND W. KELLY,
as COMMISSIONER of the NEW YORK CITY POLICE
DEPARTMENT,

                              Defendants.
------------------------------------------------------------------X

1937629-1

*Plaintiffs – Addresses:*

**Michael J. Palladino, President**
**New York City Detectives' Endowment Association, Inc.**
40 Fulton Street
New York, NY  10038

**Edward D. Mullins, President**
**Sergeants' Benevolent Association of the City of New York**
35 Worth Street
New York, NY  10013

**Thomas Drogan, President**
**Lieutenants' Benevolent Association of the**
**Police Department of the City of New York**
233 Broadway, Suite 1801
New York, NY  10279

*Defendants – Addresses:*

**City of New York**
c/o Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street
New York, NY  10007

**Raymond W. Kelly, Commissioner**
**Police Department of the City of New York**
One Police Plaza
New York, NY  10038

**Police Department of the City of New York**
One Police Plaza
New York, NY  10038

1937629-1

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 10/17/07 APX 09:41 hrs |
| NAME OF SERVER (PRINT) Kevin G. MacCabee | TITLE Private Investigator 1100041401 / Process Server LIC 1186136 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED RAYMOND W KELLY AS COMMISSIONER OF THE NYC POLICE DEPARTMENT AT ONE POLICE PLAZA NY NY 10038 BY SERVING AGENCY ATTORNEY LESA MOORE ESQ AT THE NYC POLICE DEPARTMENT LEGAL BUREAU A PERSON OF SUITABLE AGE AND DISCRETION RAYMOND W. KELLY'S PLACE OF BUSINESS - MAILING DONE ON 10/18/07

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/17/07
                Date

Signature of Server

Address of Server: 456 Medford Avenue, Patchogue NY 11772

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.