AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

JUDGE DANIELS

SOUTHERN _____ DISTRICT OF _____ OF NEW YORK

MICHAEL PALLADINO, as President of the NEW YORK CITY DETECTIVES' ENDOWMENT ASSOCIATION, INC.

V.

THE CITY OF NEW YORK
(See attached for full caption)

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **07 CIV 9246**

TO: (Name and address of defendant)

See attached

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

CERTILMAN BALIN ADLER & HYMAN, LLP
90 Merrick Avenue, 9th Floor
East Meadow, NY  11554
(516) 296-7000

an answer to the complaint which is herewith served upon you, within ___20 (Twenty)___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

[signature]
(BY) DEPUTY CLERK

OCT 1 6 2007
DATE

## *RIDER*

```
-----------------------------------------------------------------X
MICHAEL J. PALLADINO, as President of the NEW
YORK CITY DETECTIVES' ENDOWMENT
ASSOCIATION, INC., NEW YORK CITY
DETECTIVES' ENDOWMENT ASSOCIATION,
INC., EDWARD D. MULLINS, as President
of the SERGEANTS BENEVOLENT
ASSOCIATION of the CITY OF NEW YORK,
INC., SERGEANTS BENEVOLENT ASSOCIATION
OF THE CITY OF NEW YORK, INC., THOMAS
DROGAN, as President of the LIEUTENANTS             BENEVOLENT
ASSOCIATION of the POLICE
DEPARTMENT of the CITY OF NEW YORK,
LIEUTENANTS BENEVOLENT ASSOCIATION
of the POLICE DEPARTMENT of the CITY OF
NEW YORK, JOHN DOE, JANE ROE and all
POLICE OFFICERS named herein and others
similarly situated,

                        Plaintiffs,


            -against-

THE CITY OF NEW YORK, the NEW YORK CITY
POLICE DEPARTMENT, and RAYMOND W. KELLY,
as COMMISSIONER of the NEW YORK CITY POLICE
DEPARTMENT,

                        Defendants.
-----------------------------------------------------------------X
```

1937629-1

*Plaintiffs – Addresses:*

*Michael J. Palladino, President*
*New York City Detectives' Endowment Association, Inc.*
40 Fulton Street
New York, NY  10038

*Edward D. Mullins, President*
*Sergeants' Benevolent Association of the City of New York*
35 Worth Street
New York, NY  10013

*Thomas Drogan, President*
*Lieutenants' Benevolent Association of the*
*Police Department of the City of New York*
233 Broadway, Suite 1801
New York, NY  10279

*Defendants – Addresses:*

*City of New York*
c/o Michael A. Cardozo
Corporation Counsel of the City of New York
100 Church Street
New York, NY  10007

*Raymond W. Kelly, Commissioner*
*Police Department of the City of New York*
One Police Plaza
New York, NY  10038

*Police Department of the City of New York*
One Police Plaza
New York, NY  10038

1937629-1

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 10/17/07 APX 1003 hrs |
| NAME OF SERVER (PRINT) Kevin G. MACCABEE | TITLE Private Investigator 1100004140/ Process Server #JC 1186136 |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): SERVED THE NYC POLICE DEPARTMENT AT CORPORATION COUNSEL OF THE CITY OF NEW YORK, 100 CHURCH ST. NY NY BY LEAVING A COPY WITH JERRY BRASHAW, DEPUTY UNIT CHIEF AND PERSON DESIGNATED TO ACCEPT SERVICE

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10/17/07
              Date

Signature of Server

Address of Server
456 MEDFORD AVENUE
PATCHOGUE N.Y. 11772

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.