

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: NOV 0 8 2007

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

ALAN M. SCHLESINGER
*Senior Counsel*
(212) 788-0952
Fax No.: (212) 788-0940
(Fax No. **Not** For Service Of Papers)

November 7, 2007

**By Facsimile Transmission To (212) 805-6737**

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS
NOV 0 8 2007

Re: Palladino v. City of New York, et al.,
07 Civ. 9246 (GBD)(MGD)
Matter No. 2007-031620

Dear Judge Daniels:

I am the Assistant Corporation Counsel assigned to defend the above-referenced action as well as Lynch v. City of New York, et al., 07 Civ. 9337 (GBD)(MGD). I write to request a three-page extension of the page limit of defendants' memorandum of law to 28 pages. The memorandum is in support of both defendants' motion to dismiss and in opposition to plaintiff's motion for a preliminary injunction and is due today. Plaintiff consents to this request.

These two cases involve similar issues and defendants wish to provide nearly identical papers in each case. However, the Palladino case contains a legal issue not present in the Lynch case, the "void for vagueness" doctrine. We request the three-page expansion to address this issue while maintaining the remainder of the brief in this case identical to the brief in the Lynch case.

Thank you for your consideration of this request.

Respectfully submitted

*[signature]*
Alan M. Schlesinger
Assistant Corporation Counsel

cc: Michael Axelrod
(By Electronic Transmission w/ Permission)