**CERTILMAN BALIN**

CANDACE GLADSTON
PARTNER
DIRECT DIAL 516.296.7158
cgladston@certilmanbalin.com

SO ORDERED

*George B. Daniels*

HON. GEORGE B. DANIELS

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com



November 14, 2007

**Via Facsimile and Federal Express**

Honorable George B. Daniels
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: Michael J. Palladino, as President of the New York City
    Detectives' Endowment Association, Inc., et al. v.
    The City of New York, et al.
    Index No. 07 Civ 9246

Dear Judge Daniels:

We are counsel for the plaintiffs in the above action. The parties had previously entered into an approved motion schedule concerning plaintiffs' motion for preliminary relief with a return date of November 19, 2007. Defendants have since opposed the motion for a preliminary injunction and timely moved either to dismiss the complaint or in the alternative for summary judgment. In light of the above, plaintiffs now wish to cross-move for summary judgment. We believe that all of this should be combined in one single set of papers for the convenience of the Court. The parties have agreed to attempt to stipulate to a statement of uncontested facts. Thus, we propose the following revised motion schedule with defendants' consent, for Your approval:

1. Plaintiffs will serve one set of papers on defendants: a cross-motion for summary judgment, a reply in further support of preliminary injunctive relief, and plaintiffs' opposition to defendants' motion by 5 p.m. on December 5, 2007;

2. Defendants will serve on plaintiffs their reply on their motion and opposition to plaintiffs' cross-motion by 5 p.m. on December 28, 2007; and



Honorable George B. Daniels
November 14, 2007
Page 2

3. Plaintiffs will serve on defendants a reply on plaintiffs' cross motion by 5:00 p.m. on January 11, 2008.
4. All motions shall be returnable on a date and time convenient to the Court but will be fully briefed by 5 p.m. on January 11, 2008.
5. The Court will set a date for oral argument if it so desires.
6. All of the motion papers will be served and filed by ECF, each party to ECF their own papers and submit courtesy copies to the Court.

Kindly advise us if the foregoing schedule meets with the Court's approval.

Thank you for Your many courtesies and Your consideration of this matter.

Respectfully,

Candace Reid Gladston (4698)

CG:gd(bab)

cc: Magistrate Judge Michael H. Dolinger (via Federal Express)
    Alan M. Schlesinger, Esq. (via e-mail with consent)

1946609.1