UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL J. PALLADINO, as President of the NEW
YORK CITY DETECTIVES' ENDOWMENT
ASSOCIATION, INC., NEW YORK CITY
DETECTIVES' ENDOWMENT ASSOCIATION,
INC., EDWARD D. MULLINS, as President
of the SERGEANTS BENEVOLENT
ASSOCIATION of the CITY OF NEW YORK,
INC., SERGEANTS BENEVOLENT ASSOCIATION
OF THE CITY OF NEW YORK, INC., THOMAS
DROGAN, as President of the LIEUTENANTS
BENEVOLENT ASSOCIATION of the POLICE
DEPARTMENT of the CITY OF NEW YORK,
LIEUTENANTS BENEVOLENT ASSOCIATION
of the POLICE DEPARTMENT of the CITY OF
NEW YORK, JOHN DOE, JANE ROE and all
POLICE OFFICERS named herein and others
similarly situated,

                            Plaintiffs,

   -against-

THE CITY OF NEW YORK, the NEW YORK CITY
POLICE DEPARTMENT, and RAYMOND W. KELLY,
as COMMISSIONER of the NEW YORK CITY POLICE
DEPARTMENT,

                          Defendants.
------------------------------------------------------------------X

07 CIV 9246
(GBD)
(MHD)

**NOTICE OF**
**CROSS-MOTION**

PLEASE TAKE NOTICE, that upon the Declaration of Candace Reid Gladston, dated November 29, 2007, the affidavit of Michael J. Palladino, President of the New York City Detectives' Endowment Association, Inc., sworn to on November 28, 2007, the affidavit of Michael J. Palladino, sworn to on October 9, 2007, the affidavit of Daniel Rivera, sworn to on October 9, 2007, and the accompanying memorandum of law, and upon all the prior pleadings

1

1949528.1

and proceedings heretofore had herein, plaintiffs shall cross-move this Court at the Courthouse located at 500 Pearl Street, New York, New York, on the 11th day of January, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting plaintiffs summary judgment and enjoining the Defendants from further implementation and/or application of a certain Interim Order, Issued 9-30-07, Reference P.G. 212 Series, No. 52, with the subject "Alcohol Testing for Uniformed Members of the Service Involved in Firearms Discharges Resulting in Injury to or Death of a Person"; and granting such other and further relief as the Court may deem just and proper.

Dated: East Meadow, New York
       December 4, 2007

**CERTILMAN BALIN ADLER & HYMAN, LLP**

By: _____
    Candace Reid Gladston
    Attorneys for Plaintiffs
    90 Merrick Avenue
    East Meadow, New York 11554
    (516) 296-7000
    cgladston@certilmanbalin.com

TO:   Michael A. Cardozo, Esq.
      Corporation Counsel of the City of New York
      Attorneys for Defendants
      100 Church Street, Room 2-187
      New York, New York 10007
      Attn: Alan M. Schlesinger, Esq.
      (212) 788-0303

1949528.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MICHAEL J. PALLADINO, as President of the NEW
YORK CITY DETECTIVES' ENDOWMENT
ASSOCIATION, INC., NEW YORK CITY
DETECTIVES' ENDOWMENT ASSOCIATION,
INC., EDWARD D. MULLINS, as President
of the SERGEANTS BENEVOLENT
ASSOCIATION of the CITY OF NEW YORK,
INC., SERGEANTS BENEVOLENT ASSOCIATION
OF THE CITY OF NEW YORK, INC., THOMAS
DROGAN, as President of the LIEUTENANTS
BENEVOLENT ASSOCIATION of the POLICE
DEPARTMENT of the CITY OF NEW YORK,
LIEUTENANTS BENEVOLENT ASSOCIATION
of the POLICE DEPARTMENT of the CITY OF
NEW YORK, JOHN DOE, JANE ROE and all
POLICE OFFICERS named herein and others
similarly situated,
        Plaintiffs,

 -against-

THE CITY OF NEW YORK, the NEW YORK CITY
POLICE DEPARTMENT, and RAYMOND W. KELLY,
as COMMISSIONER of the NEW YORK CITY POLICE
DEPARTMENT,

        Defendants.
------------------------------------------------------------------X

07 CIV 9246
(GBD)
(MHD)

**NOTICE OF**
**CROSS-MOTION**

  PLEASE TAKE NOTICE, that upon the Declaration of Candace Reid Gladston, dated November 29, 2007, the affidavit of Michael J. Palladino, President of the New York City Detectives' Endowment Association, Inc., sworn to on November 28, 2007, the affidavit of Michael J. Palladino, sworn to on October 9, 2007, the affidavit of Daniel Rivera, sworn to on October 9, 2007, and the accompanying memorandum of law, and upon all the prior pleadings

1

and proceedings heretofore had herein, plaintiffs shall cross-move this Court at the Courthouse located at 500 Pearl Street, New York, New York, on the 11th day of January, 2008, at 9:30 a.m., or as soon thereafter as counsel can be heard, for an order pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting plaintiffs summary judgment and enjoining the Defendants from further implementation and/or application of a certain Interim Order, Issued 9-30-07, Reference P.G. 212 Series, No. 52, with the subject "Alcohol Testing for Uniformed Members of the Service Involved in Firearms Discharges Resulting in Injury to or Death of a Person"; and granting such other and further relief as the Court may deem just and proper.

Dated: East Meadow, New York
       December 4, 2007

                    **CERTILMAN BALIN ADLER & HYMAN, LLP**

                    By: _____
                         Candace Reid Gladston
                         Attorneys for Plaintiffs
                         90 Merrick Avenue
                         East Meadow, New York 11554
                         (516) 296-7000
                         cgladston@certilmanbalin.com

TO:    Michael A. Cardozo, Esq.
         Corporation Counsel of the City of New York
         Attorneys for Defendants
         100 Church Street, Room 2-187
         New York, New York 10007
         Attn: Alan M. Schlesinger, Esq.
         (212) 788-0303