# EXHIBIT "4"
## Part 1

# Police Academy

# Firearms and Tactics Section

## 2006

## Firearms Discharge Report




**Prepared by:**

*Firearms and Tactics Section*
### Michael J. Hurley
*DEPUTY INSPECTOR*
*Commanding Officer*

# *2006*

# *Firearms Discharge Report*

© **No portion of this material may be reproduced without the written permission of the Deputy Commissioner, Training.**

*Figures are preliminary and subject to further analysis and revision.*

2

# _Table of Contents_

|  | Page |
|---|---|
| **Introduction** | 4 |
| **Glossary of Terms** | 5 |
| **Comparison of Shooting Incidents 2005-2006** | 6 - 7 |
| **Statistical Summaries** | |
| Firearms Incidents | 8 |
| Number of Incidents by Day of Week | 8 |
| Number of Incidents by Tour | 8 |
| Number of Incidents by Borough | 8 |
| Number of Incidents by Precinct of Occurrence | 9 |
| Number of Officers Involved | 10 |
| Officers Duty Status | 10 |
| Number of Incidents Occurring Indoors/Outdoors | 10 |
| Officer Accuracy at Distance Fired | 10 |
| (Gunfights, other shootings vs. subjects and against dogs) | 10 |
| **Officer Statistics** | 11 |
| **2006 Firearms Discharge Incidents** | 12 |
| **Shooting Incidents** | |
| Gunfights | 13 |
| Other Shooting Incidents Involving Subjects | 14 |
| Dog Related Incidents | 15 |
| Accidental Discharges | 16 |
| **Gunfight Synopsis** | 17 - 20 |
| **Officers Killed** | 21 |
| **Analysis of Shots Fired by Officers in 2006** | 22 |
| **Graphs** | |
| Officers Shot and Killed by Subjects 1971-2006 | 23 |
| Officers Shot and Injured by Subjects 1971-2006 | 24 |
| Subjects Shot and Killed by Officers 1971-2006 | 25 |
| Subjects Shot and Injured by Officers 1971-2006 | 26 |
| Shooting Incidents 1971-2006 | 27 |
| Number of Shots Fired by Officers 1971-2006 | 28 |

# *INTRODUCTION*

The Firearms Discharge Report is compiled and produced annually by the Police Academy, Firearms and Tactics Section. The information contained in this report is obtained from Firearms Discharge Assault Reports prepared by uniformed members of the service and narrative reports prepared by investigating supervisory personnel.

This report provides a statistical analysis of firearms discharges by uniformed members of the service. It also serves as a training tool. Patterns and possible hazards are identified which allow the Department to structure training courses to address current conditions.

In January 2006, an advisory committee was formed, by the Commanding Officer, Firearms and Tactics Section, for the purpose of reviewing all firearm discharges. The committee is chaired by the Executive Officer, Firearms and Tactics Section and meets twice monthly. This committee has been tasked with the responsibility of reviewing and analyzing current and previous shooting reports in an effort to glean information regarding tactical deficiencies. This information is then incorporated into lesson plans for the semi-annual requalification cycle, recruit training, lectures and scenarios used in the advanced tactical firearms course.

| 2006 FIREARMS DISCHARGE REPORT |
| --- |

# *GLOSSARY OF TERMS*

**Firearms Incident (Shootings)**   Any incident during which one or more officers discharge firearms for any reason.

**Subject**   The other party or parties to shootings and other confrontations described in this report.

**Defense of Self/Others**   Any incident whereby one or more officers fired their weapons to defend themselves or others against unlawful force.  Includes gunfights, other shootings of persons attacking officers and others.

**Gunfight**   Any incident during which both the subject and officers fired their weapons; an exchange of gunfire.

**Other Shootings vs. Subjects**   Any incident in which officers fired weapons in defense of themselves or others at subjects who did not return fire.

**FDAR**   Firearms Discharge Assault Report. Source document used to compile statistical information for inclusion in this report.

**Officer**   A uniformed member of the NYPD, at any rank.

5

| 2006 FIREARMS DISCHARGE REPORT |
|---|

# *Comparison of Shooting Incidents: 2005 – 2006 **

The Firearms Discharge Report is broken down into several main categories:  **(1) GUNFIGHTS** - when the officer(s) and subject(s) fire at each other;  **(2) OTHER SHOOTINGS vs. Subjects** - when an officer(s) fires in defense of themselves or another against a subject(s) and the subject(s) does not return fire;  **(3) AGAINST DOGS**; and **(4) ACCIDENTAL DISCHARGES** – when an officer unintentionally discharges a firearm. These incidents are examined to identify dangerous conditions and to develop preventive measures.

\* All incidents are subject to further review.

During 2006, a total of 156 officers fired weapons in 126 incidents, as compared to 166 officers firing weapons in 123 incidents in the year 2005.  In 2006, only 60 incidents (48%) have been against human subjects (13 gunfights, 47 other shootings vs. subjects) compared to 59 incidents against human subjects (16 gunfights, 43 other shootings vs. subjects) in 2005.

|  | 2005 | 2006 | % Change |  |
|---|---|---|---|---|
| **Total # incidents** | **123** | **126** | **02%** | **Increase** |
| Total # shots fired | 616 | 540 | 13 % | Decrease |
| **Gunfights** | **16** | **13** | **19%** | **Decrease** |
| Total # shots fired | 276 | 144 | 48 % | Decrease |
| Total # hits | 23 | 43 | 87% | Increase |
| %Hits | 08% | 30% |  |  |
| **Other Shootings vs. Subjects** | **43** | **47** | **09%** | **Increase** |
| Total # shots fired | 196 | 220 | 12% | Increase |
| Total # hits | 59 | 60 | 02% | Increase |
| % Hits | 30% | 27% |  |  |
| **Against Dogs** | **32** | **30** | **06%** | **Decrease** |
| Total # shots fired | 93 | 113 | 22% | Increase |
| Total # hits | 57 | 55 | 04% | Decrease |
| % Hits | 61% | 49% |  |  |
| **Accidental Discharges** | **24** | **26** | **08%** | **Increase** |
| Total # shots fired | 25 | 28 | 12% | Increase |
| Total # hits | 10 | 07 | 30% | Decrease |
| % Hits | 40% | 25% |  |  |
| **Suicide /Attempted** | **03** | **03** | **00%** | **No Change** |
| Total # shots fired | 03 | 03 | 00% | No Change |
| Total # hits | 03 | 03 | 00% | No Change |
| % Hits | 100% | 100% |  |  |
| **Other** | **05** | **07** | **40%** | **Increase** |
| Total # shots fired | 22 | 32 | 45% | Increase |
| Total # hits | 02 | 14 | 600% | Increase |
| % Hits | 09% | 44% |  |  |

**2006 FIREARMS DISCHARGE REPORT**



TOTAL SHOOTING INCIDENTS

2000  2001  2002  2003  2004  2005  2006

134-2000
136-2001
119-2002
130-2003
114-2004
123-2005
126-2006

**2006 FIREARMS DISCHARGE REPORT**

# *Statistical Summaries*

## TOTAL NUMBER OF INCIDENTS:

### Firearms Incidents

|  |  | **%** |
|---|---|---|
| Accidental Discharges | 26 | 21% |
| Gunfights | 13 | 10% |
| Other shootings vs. Subjects | 47 | 37% |
| Dogs | 30 | 24% |
| Mistaken Identity | 00 | 00% |
| OTHERS: Intoxicated, Domestic, etc. | 07 | 06% |
| Suicide/ Attempted | 03 | 02% |
| ***TOTAL:*** | **126** | **100%** |

### NUMBER OF INCIDENTS BY DAY

|  |  | **%** |
|---|---|---|
| Sunday | 11 | 08.7% |
| Monday | 12 | 09.5% |
| Tuesday | 17 | 13.5% |
| Wednesday | 22 | 17.5% |
| Thursday | 18 | 14.3% |
| Friday | 20 | 15.9% |
| Saturday | 26 | 20.6% |
| ***TOTAL:*** | **126** | **100%** |

### NUMBER OF INCIDENTS BY TOUR

| On-Duty |  | **%** |
|---|---|---|
| 0001 - 0800 | 33 | 26.2% |
| 0801 - 1600 | 22 | 17.5% |
| 1601 - 2400 | 43 | 34.1% |
| *Subtotal* | *98* | *77.8%* |
| Off-Duty |  | **%** |
| 0001 – 0800 | 09 | 07.1% |
| 0801 – 1600 | 09 | 07.1% |
| 1601 – 2400 | 10 | 08.0% |
| *Subtotal* | *28* | *22.2%* |
| ***TOTAL:*** | **126** | **100%** |

### NUMBER OF INCIDENTS BY BOROUGH:

| Manhattan South | 04 | 03.2% |
|---|---|---|
| Manhattan North | 14 | .11.1% |
| Bronx | 26 | 20.6% |
| Brooklyn South | 21 | 16.7% |
| Brooklyn North | 27 | 21.4% |
| Queens South | 15 | 11.9% |
| Queens North | 06 | 04.8% |
| Staten Island | 03 | 02.4% |
| Outside City | 10 | 07.9% |
| ***TOTAL:*** | **126** | **100%** |

### NUMBER OF INCIDENTS BY MONTH

| January | 10 | 07.9% |
|---|---|---|
| February | 12 | 09.5% |
| March | 08 | 06.3% |
| April | 10 | 07.9% |
| May | 10 | 07.9% |
| June | 05 | 04.0% |
| July | 19 | 15.1% |
| August | 10 | 07.9% |
| September | 11 | 08.7% |
| October | 11 | 08.7% |
| November | 08 | 06.3% |
| December | 12 | 09.5% |
| ***TOTAL:*** | **126** | **100** |

8

| 2006 FIREARMS DISCHARGE REPORT |
|---|

## *NUMBER OF INCIDENTS BY PRECINCT OF OCCURRENCE:*

| MANHATTAN SOUTH | 04 | | BROOKLYN SOUTH | 21 |
|---|---|---|---|---|
| 001 | 00 | | 060 | 02 |
| 005 | 02 | | 061 | 00 |
| 006 | 00 | | 062 | 00 |
| 007 | 01 | | 063 | 03 |
| 009 | 00 | | 066 | 00 |
| 010 | 00 | | 067 | 03 |
| 013 | 00 | | 068 | 02 |
| M.T.S. | 00 | | 069 | 02 |
| 017 | 01 | | 070 | 03 |
| M.T.N. | 00 | | 071 | 02 |
| | | | 072 | 02 |
| | | | 076 | 02 |
| MANHATTAN NORTH | 14 | | 078 | 00 |
| 019 | 01 | | | |
| 020 | 00 | | BROOKLYN NORTH | 27 |
| 023 | 02 | | 073 | 02 |
| 024 | 00 | | 075 | 07 |
| 025 | 02 | | 077 | 03 |
| 026 | 00 | | 079 | 04 |
| 028 | 01 | | 081 | 04 |
| 030 | 00 | | 083 | 03 |
| 032 | 03 | | 084 | 00 |
| 033 | 05 | | 088 | 03 |
| 034 | 00 | | 090 | 01 |
| C.P.P. | 00 | | 094 | 00 |
| | | | | |
| BRONX | 26 | | QUEENS SOUTH | 15 |
| 040 | 04 | | 100 | 00 |
| 041 | 01 | | 101 | 03 |
| 042 | 02 | | 1C2 | 04 |
| 043 | 01 | | 103 | 02 |
| 044 | 08 | | 105 | 02 |
| 045 | 01 | | 106 | 01 |
| 046 | 01 | | 107 | 00 |
| 047 | 03 | | 113 | 03 |
| 048 | 01 | | | |
| 049 | 02 | | QUEENS NORTH | 06 |
| 050 | 00 | | 104 | 00 |
| 052 | 02 | | 108 | 00 |
| | | | 109 | 01 |
| | | | 110 | 03 |
| | | | 111 | 00 |
| OUTSIDE CITY | 10 | | 112 | 00 |
| Nassau County | 04 | | 114 | 01 |
| Suffolk County | 00 | | 115 | 01 |
| Westchester County | 03 | | | |
| Rockland County | 00 | | STATEN ISLAND | 03 |
| Orange County | 02 | | 120 | 02 |
| Greene County | 01 | | 122 | 01 |
| | | | 123 | 00 |

9

| 2006 FIREARMS DISCHARGE REPORT |
|---|

## *Officer Statistics*

**NUMBER OF OFFICER DISCHARGES:**    156

| | |
|---|---|
| Captains and above | 00 |
| Lieutenants | 04 |
| Sergeants | 25 |
| Detectives | 26 |
| Police Officers | 80 |
| Probationary Police Officers | 13 |
| Undercover | 06 |
| Civilian with officers gun | 02 |

**OFFICER DUTY STATUS AND ATTIRE**

| | | |
|---|---|---|
| On duty in uniform: | 70 | 45% |
| On duty in civilian attire: | 56 | 36% |
| Off duty: | 28 | 18 % |
| Civilian: | 02 | 01 % |

**NUMBER OF INCIDENTS OUTDOORS:**    *78*
**NUMBER OF INCIDENTS INDOORS:**    *48*
**Total:**    126

**MEMBERS' ACCURACY AT DISTANCE FIRED:**

| | # UMOS/ CIV | # SHOTS | # HITS | % HITS |
|---|---|---|---|---|
| 00 - 02 YDS. | 86 | 252 | 107 | 43% |
| 03 - 07 YDS. | 33 | 95 | 22 | 23% |
| 08 - 15 YDS. | 08 | 40 | 16 | 40% |
| 16 - 25 YDS. | 03 | 07 | 01 | 14% |
| Over 25 YDS. | 02 | 30 | 02 | 07% |
| NOT STATED. | 24 | 116 | 34 | 29% |
| **Total** | **156** | **540** | **182** | **34%** |

10

| 2006 FIREARMS DISCHARGE REPORT |
|---|

## *Officers Statistics*

### WEAPONS USED BY OFFICERS IN SHOOTING INCIDENTS

| | | | | |
|---|---|---|---|---|
| Revolvers................................. | 05 | H&K MP5...................... | 00 |
| Semi automatic pistols.............. | 147 | Ruger Mini-14............... | 00 |
| Ithaca 37 Shotgun..................... | 01 | M24 rifle....................... | 00 |
| Colt M4...................................... | 00 | Non-Standard Weapon. | 03 |

| **SHOOTING INCIDENTS** | | **SHOOTING INCIDENTS** | |
|---|---|---|---|
| **(Defense of Self/Others):** | **47** | **(Dogs):** | **30** |
| Total number of officers who fired: | 62 | Total number of officers who fired: | 38 |
| Total number of shots fired: | 220 | Total number of shots fired: | 113 |
| Total number of hits: | 60 | Total number of hits: | 55 |
| **% Hits:** | **27%** | **% Hits:** | **49%** |
| Shots fired per incident: | 4.7 | Shots fired per incident: | 3.8 |
| Shots fired per officer per incident: | 3.5 | Shots fired per officer per incident: | 3.0 |

| **SHOOTING INCIDENTS** | | **SHOOTING INCIDENTS** | |
|---|---|---|---|
| **(Gunfights):** | **13** | **(Accidental):** | **26** |
| Total number of officers who fired: | 19 | Total number of officers who fired: | 27 |
| Total number of shots fired: | 144 | Total number of shots fired: | 28 |
| Total number of hits: | 43 | Total number of hits: | 07 |
| **% Hits:** | **30%** | **% Hits:** | **25%** |
| Shots fired per incident: | 11.1 | Shots fired per incident: | 1.07 |
| Shots fired per officer per incident: | 7.6 | Shots fired per officer per incident: | 1.03 |

| **SHOOTING INCIDENTS** | | **SHOOTING INCIDENTS** | |
|---|---|---|---|
| **(Suicide = 3 attempted =0):** | **03** | **(Other)*:** | **07** |
| Total number of officers who fired: | 03 | Total number of officers or | |
| Total number of shots fired: | 03 | civilians who fired: | 07 |
| Total number of hits: | 03 | Total number of shots fired: | 32 |
| **% Hits:** | **100%** | Total number of hits: | 14 |
| Shots fired per incident: | 01 | **% Hits:** | **44%** |
| Shots fired per officer per incident: | 01 | Shots fired per incident: | 4.6 |
| | | Shots fired per officer per incident: | 4.6 |

| **SHOOTING INCIDENTS** | |
|---|---|
| **(Combination of categories)*:** | **126** |
| Total number of officers who fired: | 156 |
| Total number of shots fired: | 540 |
| Total number of hits: | 182 |
| **% Hits:** | **34%** |
| Shots fired per incident: | 4.3 |
| Shots fired per officer per incident: | 3.5 |

*Others: includes I.O #8 of 2005, domestic incidents, intoxicated, etc.

| 2006 FIREARMS DISCHARGE REPORT |
|---|

# 2006 Firearms Discharge Incidents

| Subject armed with: | 2005 | % | 2006 | % |
|---|---|---|---|---|
| Gun, fired at police | 16 | 13% | 13 | 10% |
| Gun, fired not at police | 09 | 07% | 06 | 05% |
| Gun, did not fire | 22 | 18% | 20 | 16% |
| Imitation/simulated gun | 06 | 05% | 03 | 02% |
| Vehicle | 00 | 00% | 06 | 05% |
| Other weapon | 01 | 01% | 10 | 08% |
| Physical force/furtive movement | 05 | 04% | 02 | 02% |
| Mistaken Identity | 00 | 00% | 00 | 00% |
| Suicide | 02 | 02% | 03 | 02% |
| Attempted Suicide | 01 | 01% | 00 | 00% |
| Accidental discharge | 24 | 20% | 26 | 21% |
| Animal Attack | 32 | 26% | 30 | 24% |
| Unauthorized (intox., domestic) | 05 | 04% | 07 | 06% |
| **Total:** | **123** | **100%** | **126** | **100%** |



2006 Firearms Discharge Incidents

| 2006 FIREARMS DISCHARGE REPORT |
|---|

# *Gunfights*

*Gunfight defines any incident when the subjects and officers fired their weapons at each other.*

During 2006 there were 13 incidents involving 19 officers where officers and subjects exchanged gunfire, compared to 16 incidents involving 35 officers in 2005. This represents a decrease of 19%.

**Officer Statistics:**

| | | |
|---|---|---|
| Number of officers who fired: | 19 | |
| Number of shots fired: | 144 | |
| Number of hits: | 43 | |
| Hit potential | **30%** | |
| Shots fired per incident: | 11.1 | |
| Shots per officer | 7.6 | |
| Number of officers on duty: | 16 | |
| Number of officers off duty: | 03 | |

**Officer Assignment:**

| | |
|---|---|
| RMP | 02 |
| Foot Patrol | 01 |
| Anti-Crime | 02 |
| Conditions | 01 |
| Impact | 03 |
| Off Duty | 03 |
| Undercover | 05 |
| Narcotics | 02 |

**Subject Statistics:**

| | | | |
|---|---|---|---|
| Number of Subjects who fired: | 13 | Number of Subjects shot/killed: | 03 |
| Number of shots fired by Subjects: | 40 | Number of Subjects shot/injured: | 03 |
| Number of Officers shot/injured: | 04 | | |
| Number of Officers shot/killed: | 00 | | |
| Number of hits by Subjects: | 07 | | |
| Subject hit %: | 18% | | |



13

| 2006 FIREARMS DISCHARGE REPORT |
|---|

# *Other Shooting Incidents Involving Subjects*

### *Incidents in which officers fired their weapon in defense of themselves or others against subjects who did not return fire.*

During 2006 there were 47 incidents in which 62 officers fired their weapons at subjects as compared to 43 incidents in 2005 in which 63 officers fired their weapons, an increase of 9%. **In 26 of these incidents, subjects pointed firearms at officers**. In 21 incidents, subjects were armed with weapons other than firearms.

*(6-cutting instrument, 5-physical force/furtive movement, 6-motor vehicle, 4-misc. weapons)*

| | | **UMOS Assignments** | |
|---|---|---|---|
| Number of UMOS who fired: | 62 | | |
| Number of shots fired: | 220 | | |
| Number of hits: | 60 | RMP | 22 |
| | | Anti-Crime | 15 |
| **% Hits:** | **27%** | Narcotics/UC | 09 |
| | | Investigator | 01 |
| Shots fired per incident: | 4.7 | Foot-Patrol | 06 |
| Shots fired per UMOS: | 3.5 | Off Duty | 06 |
| | | ESU | 01 |
| | | Impact | 02 |

| | | | |
|---|---|---|---|
| Number UMOS On duty: | 56 | Number of subjects killed: | 11 |
| Number UMOS Off duty: | 06 | Number of subjects shot/injured: | 20 |



14