# EXHIBIT "4"
## Part 2

## ***DOG RELATED INCIDENTS***

During 2006 there were 30 dog-related incidents in which 38 officers discharged their firearms as compared to 32 incidents in 2005 in which 35 officers discharged their firearms, a decrease of 6%.

**Breed of dogs involved:**

| | |
|---|---|
| Pit Bull | 28 |
| Rottweilers | 01 |
| German Shepherds | 01 |
| Chow | 02 |
| Other/Unknown | 00 |
| **Total** | **32** |

| | |
|---|---|
| Number of UMOS who fired: | 38 |
| Number of Shots fired: | 113 |
| **Total hits:** | **55** |
| **% Hits:** | **49%** |
| Dogs injured: | 10 |
| Dogs killed: | 12 |

**2006 FIREARMS DISCHARGE REPORT**

## ACCIDENTAL DISCHARGES

During 2006, there were 26 accidental discharge incidents involving 27 officers as compared to 24 incidents in 2005 involving 24 officers an increase of 08%.

### REASONS FOR ACCIDENTAL DISCHARGES

| | | | |
|---|---|---|---|
| Struggling with subjects | 05 | Handling Weapon | 12 |
| Loading / Unloading weapon | 04 | Falling | 03 |
| Cleaning weapon | 02 | Running | 00 |
| Forcing entry | 00 | Seated in RMP | 01 |

### NUMBER OF INJURIES SUSTAINED AS A RESULT OF ACCIDENTAL DISCHARGES

| | | | |
|---|---|---|---|
| Officer shot self/killed | 00 | Officer shot other Officer/killed | 00 |
| Officer shot Civilian/killed | 00 | Officer shot self/injured | 04 |
| Officer shot other /injured | 02 | Officer shot Civilian/injured | 01 |

### Type of Weapon Involved in Accidental Discharge

| | | | |
|---|---|---|---|
| Semi-automatic pistols | 27 | Spec. Weapons | 00 |
| Revolvers | 00 | | |

| | Shot Self | | Shot Other Officer | | Shot Civilian | |
|---|---|---|---|---|---|---|
| | injured | killed | injured | killed | injured | killed |
| Semi-automatic | 4 | 0 | 2 | 0 | 1 | 0 |
| Revolver | 0 | 0 | 0 | 0 | 0 | 0 |
| H&K MP5 | 0 | 0 | 0 | 0 | 0 | 0 |
| Shot Gun | 0 | 0 | 0 | 0 | 0 | 0 |

# Gunfight Synopsis

| *January 21, 2006* | *67 Pct.* | *6X2* | *STREET* |
|---|---|---|---|

On Saturday January 21, 2006 at approximately 0432 hours, two UMOS assigned to 67 Impact were responding to a call of a man with a gun. When the officers observed the subject, he turned toward the officers and fired his Uzi type 9mm sub-machine gun multiple times at the officers. The officers then fired a total of thirty rounds at the subject striking him twelve times. The subject was apprehended and treated for numerous gunshot wounds. There were no other firearm-related injuries reported for this incident.

| *January 27, 2006* | *44 Pct.* | *8X4* | *STREET* |
|---|---|---|---|

On Friday January 27, 2006 at approximately 0445 hours, three plainclothes MOS assigned to the Bronx Vice Enforcement Unit were addressing a condition at a known after hours location when the subject attempted to gain entry. The subject then had a brief struggle with one of the officers and then fled the scene on foot with the officers in pursuit. As the officers attempted to apprehend the subject, the subject turned and discharged three rounds at the officers. The three officers then fired a total of forty rounds at the subject striking him eighteen times causing his demise. There were no other firearm-related injuries reported for this incident.

| *May 10, 2006* | *71 Pct.* | *OFF DUTY* | *STREET* |
|---|---|---|---|

On Wednesday May 10, 2006 at approximately 1410 hours, an off-duty Detective observed two armed subjects committing a robbery. The subjects then inflicted three gunshot wounds to the victim. With his firearm drawn the Detective intervened and verbally identified himself as a police officer. The Detective was then fired upon two times at which time he discharged a total of six rounds at the subjects striking one of the subjects one time. The subjects then fled the scene where one subject had been arrested after requiring treatment for a gunshot injury to his thigh. There were no other firearm-related injuries for this incident.

## 2006 FIREARMS DISCHARGE REPORT

| *July 15, 2006* | *32 Pct.* | *6X2* | *STREET* |
|---|---|---|---|

On Saturday July 15, 2006 at approximately 2355 hours, while assigned to a foot post, two UMOS assigned to 32 Impact observed a large group of people running from one man with a gun. When the officers observed the subject, he turned and discharged three rounds at them. One officer then fired four rounds at the subject. The subject then fled the scene on foot and was not apprehended. There was one civilian treated for a non-life threatening wound, that was determined to be from subjects gun. There were no other firearm-related injuries reported for this incident.

| *September 9, 2006* | *67 Pct.* | *10X6* | *STREET* |
|---|---|---|---|

On Saturday September 9, 2006 at approximately 1225 hours, officers assigned to 67 Conditions were conducting SNEU related observations when they were advised of a suspicious person. When the officers approached the subject he fled on foot holding his waistband area, at which time the officers gave chase. The subject then turned back towards the officers and fired two rounds requiring the officers to take cover. The subject turned around and began running toward the officers and again pointed his weapon at one of the officers, at which time the officer returned fire discharging one round. The subject then fled the scene and was later apprehended hiding underneath a car with the firearm. There were no firearm-related injuries reported for this incident.

| *September 20, 2006* | *70 Pct.* | *6X2* | *STREET* |
|---|---|---|---|

On Wednesday September 20, 2006 at approximately 2149 hours, two plainclothes MOS assigned to 70 Anti-Crime were informed of a dispute between several civilians who advised them of a man with a gun. The officers then encountered the subject a short distance away sitting in a motor vehicle. They identified themselves and ordered the subject to exit the vehicle with their firearms drawn. As the officers neared, the subject stepped out of the motor vehicle and fled on foot. When the subject realized that the officers were pursuing him he turned and fired two rounds at the officers. The subject then entered a parked Lincoln Town Car and pointed his firearm at the officers again. It was at this time the two officers discharged a total of thirteen rounds at the subject causing the subject to flee in the motor vehicle. The subject was later apprehended and the firearm recovered. There were no firearm-related injuries reported for this incident.

## 2006 FIREARMS DISCHARGE REPORT

| *October 2, 2006* | *60 Pct.* | *4X12* | *STAIRWELL* |
|---|---|---|---|

On Monday October 2, 2006 at approximately 1939 hours, officers assigned to PSA # 1 responded to the O'Dwyer Gardens Housing Development to assist in the investigation of a male shot. While conducting a vertical, one of the UMOS discharged three rounds at one-armed subject after the subject discharged two rounds at the officer. The subject then fled to an apartment balcony and was later apprehended with the help of Aviation and ESU. There were no firearm-related injuries reported for this incident.

| *October 26, 2006* | *88 Pct.* | *OFF DUTY* | *STREET* |
|---|---|---|---|

On Thursday October 26, 2006 at approximately 1925 hours, an off duty Sergeant assigned to the Recruitment Section discharged his firearm eleven times after two armed subjects beat and shot a civilian. One subject discharged his weapon four times, striking the Sergeant numerous times. The Sergeant returned fire and struck the subject three times resulting in his demise, the second armed subject fled the scene and was unapprehended.

| *November 1, 2006* | *48 pct.* | *10X6* | *STREET* |
|---|---|---|---|

On Wednesday November 1, 2006 at approximately 2000 hours, two plainclothes MOS assigned to Narcotics Borough Bronx observed two individuals fighting in the street. One of the subjects pulled a firearm from his waistband and pointed it at the males' head. The officers identified themselves and told the individual to drop the gun. The subject turned on the officers and fired approximately seven rounds at them. The officers then discharged a total of fifteen rounds striking the subject seven times resulting in his demise. There were no other firearm-related injuries to officers, civilians or subjects reported for this incident.

| *November 4, 2006* | *44 Pct.* | *12X8* | *STREET* |
|---|---|---|---|

On Saturday November 4, 2006 at approximately 0123 hours, officers were responding to a signal 10-13 (Officer Needs Assistance) in the vicinity of 1363 Webster Ave, Butler Housing Development. While two UMOS assigned to patrol in the 44 precinct were securing prisoners in the back of their RMP an unknown individual did discharge approximately seven rounds in the direction of the officers. One of the officers observed the subject in a second floor window pointing his firearm at them, the officer then discharged one round at the subject causing the individual to turn and flee in an unknown direction. A canvass was conducted with negative results. There were no firearm-related injuries reported to officers, civilians or subject

## 2006 FIREARMS DISCHARGE REPORT

| *December 7, 2006* | *60 Pct.* | *10X6* | *STREET* |
|---|---|---|---|

On Thursday December 7, 2006 at approximately 1712 hours, plainclothes officers assigned to Brooklyn South Gang Division were conducting an operation at the Marlboro Housing Development. While an undercover officer was attempting to purchase a firearm, the subject in question pointed a gun at the officers' chin, a struggle ensued, and the firearm was discharged two times next to the officers' head. Once the undercover officer broke free, he and one other member of his team discharged approximately 13 rounds at the subject causing him to flee the location. The subject was later apprehended after a brief foot pursuit and struggle. There were no firearm-related injuries reported to officers, civilians or subjects.

| *December 26, 2006* | *102 Pct.* | *12X8* | *STREET* |
|---|---|---|---|

On Tuesday December 26, 2006 at approximately 2017 hours, officers assigned to patrol in the 102 precinct responded to a 10-30 (Robbery in Progress). A description was transmitted over the radio and two of three individuals were apprehended immediately. The third individual fled with officers in pursuit. As the subject fled he discharged three rounds at the officers with one of the officers discharging a total of 5 rounds. The subject evaded police and was apprehended a short time later pointing the weapon at officers and attempting to pull the trigger of an apparent malfunctioned firearm. There were no firearm-related injuries reported for this incident.

| *December 30, 2006* | *110 Pct.* | *OFF DUTY* | *STREET* |
|---|---|---|---|

On Saturday December 30, 2006 at approximately 1222 hours, an off duty MOS assigned to the 23 precinct discharged his firearm two times striking one of two armed subjects two times. After committing an armed robbery at the HSBC Savings Bank, located at 87-03 Queens Blvd, the subjects attempted to car-jack the officers' vehicle at gunpoint while stopped at a traffic light. The officer then identified himself causing the subjects to flee. The officer immediately gave chase and exchanged gunfire with one of the subjects striking the subject two times and apprehending him. The second subject was also apprehended and arrested crouching next to a parked SUV. The officer was treated for a gunshot wound to his thigh. There were no other firearm-related injuries reported for this incident.

***There were no Officers that were shot and killed in the line of duty in 2006. Two Officers were shot and killed in off duty incidents in 2006***

# *Synopsis of Officers Killed*

| *January 28, 2006* | *46 Pct.* | *OFF DUTY* | *STREET* |
|---|---|---|---|

On Saturday January 28, 2006 at approximately 0450 hours, an off duty MOS assigned to the 52 precinct entered a White Castle. He was soon approached by a number of unidentified subjects who began to physically assault the off duty MOS. With an injury to his head the MOS exited the establishment into the parking lot where he removed one subject from a vehicle at gunpoint directing him to the ground.

Soon after Police Officers assigned to patrol in the 46 precinct responded to the location in regards to a signal 10-34 (Male Assaulted). As the officers arrived they observed the off duty MOS crouching over another male holding him at gunpoint. The Officers commanded " Police don't move, drop the gun, drop the gun, are you a cop?" The off duty MOS with his gun still pointed at the male subject then leaned toward the male, it was at this point that one of the UMOS did discharge a total of three rounds striking the off duty MOS three times resulting in his demise.

It wasn't until after the off duty MOS' jacket was recovered a short distance away and inspected that he was determined to be a member of the service. A wallet, shield, Police identification card, and NY State driver's license were located in his jacket pocket.

| *August 11, 2006* | *ORANGE COUNTY* | *OFF DUTY* | *STREET* |
|---|---|---|---|

On Friday August 11, 2006, at approximately 1415 hours, an off duty MOS assigned to Narcotics Borough Manhattan North was involved in a physical domestic incident at her residence. As a result of this incident the off duty MOS was stabbed numerous times and then shot one time in the head with the officers own gun causing her demise. When responding officers arrived at the scene the estranged husband then took his own life.

## Analysis of Shots Fired by Officers 2006

| Incident | Total # Incidents | Total # Officers Who fired | Total # Shots Fired | Total # Hits | % Hits | # Shots Per Incident | # Shots Per Officer |
|---|---|---|---|---|---|---|---|
| Gunfights | 13 | 19 | 144 | 43 | 30% | 11.1 | 7.6 |
| Other Shootings vs. Subjects | 47 | 62 | 220 | 60 | 27% | 4.7 | 3.5 |
| Against Dogs | 30 | 38 | 113 | 55 | 49% | 3.8 | 3.0 |
| Mistaken I.D. | 00 | 00 | 00 | 00 | 00 | 00 | 00 |
| **Sub-Total:** | **90** | **119** | **477** | **158** | **33%** | **5.3** | **4.0** |
| Others* | 07 | 07 | 32 | 14 | 44% | 4.6 | 4.6 |
| Attempted Suicide | 00 | 00 | 00 | 00 | 00% | 00 | 00 |
| Suicide | 03 | 03 | 03 | 03 | 100% | 01 | 01 |
| Accidental Discharges | 26 | 27 | 28 | 07 | 25% | 1.1 | 1.0 |
| **Sub-Total:** | **36** | **37** | **63** | **24** | **38%** | **1.8** | **1.7** |
| **Total:** | **126** | **156** | **540** | **182** | **34%** | **4.3** | **3.5** |

***Others: includes I.O. # 8 of 2005, domestic incidents, intoxicated, etc.**



Officers
Shot and Killed By Subjects
1971 - 2006
Number of Officers
14
12
10
8
6
4
2
0
12
6
7
4
6
1
4
5
5
10
4
3
1
4
0
3
2
6
5
0
2
2
2
2
0
6
4
3
0
0
0
0
2
2
2
0
1971
1973
1975
1977
1979
1981
1983
1985
1987
1989
1991
1993
1995
1997
1999
2001
2003
2005



# Officers
# Shot and Injured By Subjects
# 1971 - 2006



Subjects Shot and Killed
by Officers
1971 - 2006
Number of Subjects
0
10
20
30
40
50
60
70
80
90
100
1971
1973
1975
1977
1979
1981
1983
1985
1987
1989
1991
1993
1995
1997
1999
2001
2003
2005
93
66
58
41
44
25
30
37
28
25
33
33
29
26
11
18
14
24
30
39
27
24
22
29
26
30
20
19
11
14
11
13
14
11
9
13

Subjects Shot and Injured
by Officers
1971 - 2006
Number injured, not fatal
250
200
150
100
50
0
221
145
118
80
87
79
88
78
80
101
91
87
63
48
47
38
36
46
61
72
81
63
58
61
58
48
39
43
32
20
19
24
22
23
26
24
1971
1973
1975
1977
1979
1981
1983
1985
1987
1989
1991
1993
1995
1997
1999
2001
2003
2005



Shooting Incidents
1971 - 2006
Number of Shooting Incidents
1200
1000
800
600
400
200
0
810
994
665
526
454
379
434
418
394
425
452
375
349
466
369
346
351
251
329
307
332
279
312
331
345
318
253
249
155
134
136
119
130
114
123
126
1971
1973
1975
1977
1979
1981
1983
1985
1987
1989
1991
1993
1995
1997
1999
2001
2003
2005



Number of Shots Fired
by Officers
1971 - 2006
Number of Shots Fired
3000
2500
2000
1500
1000
500
0
1971
1973
1975
1977
1979
1981
1983
1985
1987
1989
1991
1993
1995
1997
1999
2001
2003
2005
2113
2510
1906
1199
1291
994
1152
1222
1040
1150
1254
1036
831
675
563
528
630
752
1073
1176
1112
1094
1193
1146
1728
1292
1040
856
621
504
499
386
503
352
616
540