EXHIBIT "5"

# Police Academy

# Firearms and Tactics Section

## 2005

## *Firearms Discharge Report*




## Prepared by:

*Firearms and Tactics Section*
### Michael J. Hurley
### DEPUTY INSPECTOR
*Commanding Officer*

BM 220 (06-06)

# 2005

# Firearms Discharge Report

© No portion of this material may be reproduced without the written permission of the Deputy Commissioner, Training.

*Figures are preliminary and subject to further analysis and revision.*

## *Table of Contents*

|  | Page |
|---|---|
| Introduction | 4 |
| Glossary of Terms | 5 |
| Comparison of Shooting Incidents 2004-2005 | 6 - 7 |
| **Statistical Summaries** | |
| Firearms Incidents | 8 |
| Number of Incidents by Day of Week | 8 |
| Number of Incidents by Tour | 8 |
| Number of Incidents by Borough | 8 |
| Number of Incidents by Precinct of Occurrence | 9 |
| Number of Officers Involved | 10 |
| Officers Duty Status | 10 |
| Number of Incidents Occurring Indoors/Outdoors | 10 |
| Officer Accuracy at Distance Fired | 10 |
| **(Gunfights, other shootings vs. subjects and against dogs)** | 10 |
| **Officer Statistics** | 11 |
| **2005 Firearms Discharge Incidents** | 12 |
| **Shooting Incidents** | |
| Gunfights | 13 |
| Other Shooting Incidents Involving Subjects | 14 |
| Dog Related Incidents | 15 |
| Accidental Discharges | 16 |
| **Gunfight Synopsis** | 17 - 20 |
| **Officers Killed in the Line of Duty** | 21 |
| **Analysis of Shots Fired by Officers in 2005** | 22 |
| **Graphs** | |
| Officers Shot and Killed by Subjects 1971-2005 | 23 |
| Officers Shot and Injured by Subjects 1971-2005 | 24 |
| Subjects Shot and Killed by Officers 1971-2005 | 25 |
| Subjects Shot and Injured by Officers 1971-2005 | 26 |
| Shooting Incidents 1971-2005 | 27 |
| Number of Shots Fired by Officers 1971-2005 | 28 |

# *INTRODUCTION*

The Firearms Discharge Report is compiled and produced annually by the Police Academy, Firearms and Tactics Section. The information contained in this report is obtained from Firearms Discharge Reports prepared by uniformed members of the service and narrative reports prepared by investigating supervisory personnel.

This report provides a statistical analysis of firearms discharges by uniformed members of the service. It also serves as a training tool. Patterns and possible hazards are identified which allow the Department to structure training courses to address current conditions.

In January 2006, an advisory committee was formed, by the Commanding Officer, Firearms and Tactics Section, for the purpose of reviewing all firearm discharges. The committee is chaired by the Executive Officer, Firearms and Tactics Section and meets twice monthly. This committee has been tasked with the responsibility of reviewing and analyzing current and previous shooting reports in an effort to glean information regarding tactical deficiencies. This information is then incorporated into lesson plans for the semi-annual requalification cycle, recruit training, lectures and scenarios used in the advanced tactical firearms course.

| 2005 FIREARMS DISCHARGE REPORT |
| --- |

# *GLOSSARY OF TERMS*

**Firearms Incident (Shootings)**    Any incident during which one or more officers discharge firearms for any reason.

**Subject**    The other party or parties to shootings and other confrontations described in this report.

**Defense of Self/Others**    Any incident whereby one or more officers fired their weapons to defend themselves or others against unlawful force. Includes gunfights and other shootings of persons attacking officers and others.

**Gunfight**    Any incident during which both the subject and officers fired their weapons; an exchange of gunfire.

**Other Shootings vs. Subjects**    Any incident in which officers fired weapons in defense of themselves or others at subjects who did not return fire.

**FDR**    Firearms Discharge Report. Source document used to compile statistical information for inclusion in this report.

**Officer**    A uniformed member of the NYPD, at any rank.

| 2005 FIREARMS DISCHARGE REPORT |
|---|

## *Comparison Of Shooting Incidents:  2004 – 2005 ***

The Firearms Discharge Report is broken down into several main categories:  **(1) GUNFIGHTS** - when the officer(s) and subject(s) fire at each other;  **(2) OTHER SHOOTINGS vs. Subjects** - when an officer(s) fires in defense of themselves or another against a subject(s) and the subject(s) does not return fire;  **(3) AGAINST DOGS**; and **(4) ACCIDENTAL DISCHARGES** – when an officer unintentionally discharges a firearm. These incidents are examined to identify dangerous conditions and to develop preventive measures.
   * All incidents are subject to further review.

During 2005, a total of 166 officers fired weapons in 123 incidents, as compared to 144 officers firing weapons in 114 incidents in the year 2004.  In 2005, only 59 incidents (48%) have been against human subjects (16 gunfights, 43 other shootings vs. subjects).

|  | 2004 | 2005 |  |  |
|---|---|---|---|---|
| **Total # incidents** | **114** | **123** | **08%** | Increase |
| Total # shots fired | 352 | 616 | 75 % | Increase |
| **Gunfights** | 11 | 16 | 45% | Increase |
| Total # shots fired | 92 | 276 | 200 % | Increase |
| Total # hits | 18 | 23 | 28% | Increase |
| %Hits | 20% | 8% |  |  |
| **Other Shootings vs. Subjects** | **40** | **43** | **08%** | Increase |
| Total # shots fired | 140 | 196 | 40% | Increase |
| Total # hits | 47 | 59 | 23% | Increase |
| % Hits | 34% | 30% |  |  |
| **Against Dogs** | **26** | **32** | **23%** | Increase |
| Total # shots fired | 69 | 93 | 35% | Increase |
| Total # hits | 40 | 57 | 43% | Increase |
| % Hits | 58% | 61% |  |  |
| **Accidental Discharges** | **27** | **24** | **11%** | Decrease |
| Total # shots fired | 28 | 25 | 11% | Decrease |
| Total # hits | 13 | 10 | 23% | Decrease |
| % Hits | 46% | 40% |  |  |
| **Suicide /Attempted** | **05** | **03** | **40%** | Decrease |
| Total # shots fired | 05 | 03 | 40% | Decrease |
| Total # hits | 05 | 03 | 40% | Decrease |
| % Hits | 100% | 100% |  |  |
| **Other** | **05** | **05** | **00%** | No change |
| Total # shots fired | 18 | 22 | 18% | Increase |
| Total # hits | 02 | 02 | 00% | No change |
| % Hits | 11% | 9% |  |  |

**2005 FIREARMS DISCHARGE REPORT**



7

| 2005 FIREARMS DISCHARGE REPORT |
|---|

## *Statistical Summaries*

### TOTAL NUMBER OF INCIDENTS:

#### Firearms Incidents

|  |  | **%** |
|---|---|---|
| Accidental Discharges | 24 | 19.5% |
| Gunfights | 16 | 13% |
| Other shootings vs Subjects | 43 | 35% |
| Dogs | 32 | 26% |
| Mistaken Identity | 00 | 00% |
| OTHERS: Intoxicated, Domestic, etc. | 05 | 4.1% |
| Suicide | 03 | 2.4% |
| *TOTAL:* | **123** | **100%** |

### NUMBER OF INCIDENTS BY DAY

|  |  | **%** |
|---|---|---|
| Sunday | 20 | 16.2% |
| Monday | 13 | 10.6% |
| Tuesday | 20 | 16.2% |
| Wednesday | 13 | 10.6% |
| Thursday | 16 | 13.0% |
| Friday | 17 | 13.8% |
| Saturday | 24 | 19.5% |
|  |  |  |
| *TOTAL:* | **123** | **100%** |

### NUMBER OF INCIDENTS BY TOUR

| On-Duty |  | **%** |
|---|---|---|
| 0001 - 0800 | 32 | 26.0% |
| 0801 - 1600 | 27 | 22.0% |
| 1601 - 2400 | 38 | 31.0% |
| *Subtotal* | *97* | *79.0%* |
|  |  |  |
| Off-Duty |  | **%** |
| 0001 – 0800 | 10 | 8.0% |
| 0801 – 1600 | 07 | 5.7% |
| 1601 – 2400 | 09 | 7.3% |
| *Subtotal* | *26* | *21%* |
| *TOTAL* | **123** | **100%** |

### NUMBER OF INCIDENTS BY BOROUGH:

| Manhattan South | 06 | 4.9% |
|---|---|---|
| Manhattan North | 16 | 13% |
| Bronx | 27 | 22% |
| Brooklyn South | 16 | 13% |
| Brooklyn North | 26 | 21.1% |
| Queens South | 17 | 14% |
| Queens North | 05 | 4% |
| Staten Island | 05 | 4% |
| Outside City | 05 | 4% |
|  |  |  |
| *TOTAL:* | **123** | **100%** |

### NUMBER OF INCIDENTS BY MONTH

| January | 12 | 9.8% |
|---|---|---|
| February | 07 | 5.7% |
| March | 08 | 6.5% |
| April | 10 | 8.1% |
| May | 10 | 8.1% |
| June | 12 | 9.8% |
| July | 13 | 10.6% |
| August | 08 | 6.5% |
| September | 08 | 6.5% |
| October | 16 | 13% |
| November | 09 | 7.3% |
| December | 10 | 8.1% |
|  |  |  |
| *TOTAL:* | **123** | **100%** |

| 2005 FIREARMS DISCHARGE REPORT |
|---|

## NUMBER OF INCIDENTS BY PRECINCT OF OCCURRENCE:

| MANHATTAN SOUTH | 06 | | BROOKLYN SOUTH | 16 |
|---|---|---|---|---|
| 001 | 01 | | 060 | 01 |
| 005 | 00 | | 061 | 01 |
| 006 | 00 | | 062 | 01 |
| 007 | 01 | | 063 | 00 |
| 009 | 01 | | 066 | 00 |
| 010 | 00 | | 067 | 03 |
| 013 | 01 | | 068 | 03 |
| M.T.S. | 01 | | 069 | 01 |
| 017 | 01 | | 070 | 02 |
| M.T.N. | 00 | | 071 | 03 |
| | | | 072 | 00 |
| | | | 076 | 01 |
| MANHATTAN NORTH | 16 | | 078 | 00 |
| 019 | 00 | | | |
| 020 | 00 | | BROOKLYN NORTH | 26 |
| 023 | 01 | | 073 | 03 |
| 024 | 00 | | 075 | 04 |
| 025 | 02 | | 077 | 01 |
| 026 | 01 | | 079 | 04 |
| 028 | 03 | | 081 | 05 |
| 030 | 03 | | 083 | 05 |
| 032 | 05 | | 084 | 01 |
| 033 | 01 | | 088 | 01 |
| 034 | 00 | | 090 | 02 |
| C.P.P. | 00 | | 094 | 00 |
| | | | | |
| BRONX | 27 | | QUEENS SOUTH | 17 |
| 040 | 01 | | 100 | 01 |
| 041 | 01 | | 101 | 02 |
| 042 | 01 | | 102 | 00 |
| 043 | 04 | | 103 | 02 |
| 044 | 04 | | 105 | 05 |
| 045 | 04 | | 106 | 04 |
| 046 | 02 | | 107 | 01 |
| 047 | 02 | | 113 | 02 |
| 048 | 05 | | | |
| 049 | 01 | | QUEENS NORTH | 05 |
| 050 | 00 | | 104 | 00 |
| 052 | 02 | | 108 | 01 |
| | | | 109 | 01 |
| | | | 110 | 01 |
| | | | 111 | 02 |
| OUTSIDE CITY | 05 | | 112 | 00 |
| Nassau County | 02 | | 114 | 00 |
| Suffolk County | 01 | | 115 | 00 |
| Westchester County | 01 | | | |
| Rockland County | 00 | | STATEN ISLAND | 05 |
| Orange County | 00 | | 120 | 05 |
| Other USA | 01 | | 122 | 00 |
| | | | 123 | 00 |

9

| 2005 FIREARMS DISCHARGE REPORT |
|---|

## *Officer Statistics*

### NUMBER OF OFFICER DISCHARGES:    166

| | |
|---|---|
| Captains and above | 02 |
| Lieutenants | 04 |
| Sergeants | 19 |
| Detectives | 33 |
| Police Officers | 103 |
| Probationary Police Officers | 03 |
| Undercover | 02 |

### OFFICER DUTY STATUS AND ATTIRE

| | | |
|---|---|---|
| On duty in uniform: | 79 | 48% |
| On duty in civilian attire: | 61 | 37% |
| Off duty | 26 | 15 % |

### NUMBER OF INCIDENTS OUTDOORS:    *49*
### NUMBER OF INCIDENTS INDOORS:    *74*

### MEMBERS' ACCURACY AT DISTANCE FIRED:

| | # UMOS | # SHOTS | # HITS | % HITS |
|---|---|---|---|---|
| 00 - 02 YDS. | 64 | 127 | 65 | 51% |
| 03 - 07 YDS. | 44 | 155 | 68 | 44% |
| 08 - 15 YDS. | 40 | 205 | 14 | 07% |
| 16 - 25 YDS. | 07 | 93 | 05 | 05% |
| Over 25 YDS. | 00 | 00 | 00 | 00% |
| NOT STATED. | 11 | 36 | 02 | 06% |
| **Total** | **166** | **616** | **154** | **25%** |

| 2005 FIREARMS DISCHARGE REPORT |
|---|

## *Officers Statistics*

### WEAPONS USED BY OFFICERS IN SHOOTING INCIDENTS

| | | | |
|---|---|---|---|
| Revolvers.................................. | 04 | H&K MP5....................... | 01 |
| Semi automatic pistols............. | 156 | Ruger Mini-14.............. | 00 |
| Ithaca 37 Shotgun.................... | 01 | M24 rifle....................... | 00 |
| Colt M4..................................... | 00 | Non-Standard Weapon. | 04 |

### SHOOTING INCIDENTS
**(Defense of Self/Others):**     **43**

| | |
|---|---|
| Total number of officers who fired: | 64 |
| Total number of shots fired: | 196 |
| Total number of hits: | 59 |
| **% Hits:** | **30%** |
| Shots fired per incident: | 4.6 |
| Shots fired per officer per incident: | 3.1 |

### SHOOTING INCIDENTS
**(Gunfights):**     **16**

| | |
|---|---|
| Total number of officers who fired: | 35 |
| Total number of shots fired: | 276 |
| Total number of hits: | 23 |
| **% Hits:** | **08%** |
| Shots fired per incident: | 17.3 |
| Shots fired per officer per incident: | 7.9 |

### SHOOTING INCIDENTS
**(Suicide = 2 attempted =1):**     **03**

| | |
|---|---|
| Total number of officers who fired: | 03 |
| Total number of shots fired: | 04 |
| Total number of hits: | 04 |
| **% Hits:** | **100%** |
| Shots fired per incident: | 1.3 |
| Shots fired per officer per incident: | 1.3 |

### SHOOTING INCIDENTS
**(Combination of all categories): 123**

| | |
|---|---|
| Total number of officers who fired: | 166 |
| Total number of shots fired: | 616 |
| Total number of hits: | 154 |
| **% Hits:** | **25%** |
| Shots fired per incident: | 5.0 |
| Shots fired per officer per incident: | 3.7 |

### SHOOTING INCIDENTS
**(Dogs):**     **32**

| | |
|---|---|
| Total number of officers who fired: | 35 |
| Total number of shots fired: | 93 |
| Total number of hits: | 58 |
| **% Hits:** | **62%** |
| Shots fired per incident: | 2.9 |
| Shots fired per officer per incident: | 2.7 |

### SHOOTING INCIDENTS
**(Accidental):**     **24**

| | |
|---|---|
| Total number of officers who fired: | 24 |
| Total number of shots fired: | 25 |
| Total number of hits: | 10 |
| **% Hits:** | **42%** |
| Shots fired per incident: | 1.04 |
| Shots fired per officer per incident: | 1.04 |

### SHOOTING INCIDENTS
**(Other):**     **05**

| | |
|---|---|
| Total number of officers who fired: | 05 |
| Total number of shots fired: | 22 |
| Total number of hits: | 01 |
| **% Hits:** | **05%** |
| Shots fired per incident: | 4.4 |
| Shots fired per officer per incident: | 4.4 |

| 2005 FIREARMS DISCHARGE REPORT |
| --- |

## *2005 Firearms Discharge Incidents*

| Subject armed with: | 2004 | % | 2005 | % |
| --- | --- | --- | --- | --- |
| Gun, fired at police | 14 | 13% | 16 | 13% |
| Gun, fired not at police | 04 | 03% | 09 | 7.3% |
| Gun, did not fire | 13 | 12% | 22 | 18% |
| Imitation/simulated gun | 06 | 05% | 06 | 05% |
| Vehicle | 03 | 02% | 00 | 00% |
| Other weapon (indicate) | 03 | 02% | 00 | 00% |
| Physical force/furtive movement | 05 | 04% | 05 | 04% |
| Mistaken Identity | 00 | 00% | 00 | 00% |
| Suicide | 04 | 03% | 02 | 1.6% |
| Attempted Suicide | 01 | 01% | 01 | 0.8% |
| Accidental discharge | 27 | 25% | 24 | 19.5% |
| Destroy animal | 26 | 23% | 32 | 26% |
| Unauthorized (intoxicated, domestic) | 05 | 04% | 05 | 04% |
| **Total:** | **115** | **100%** | **123** | **100%** |

## 2005 Firearms Discharge Incidents



| 2005 FIREARMS DISCHARGE REPORT |
| --- |

# Gunfights

*Gunfight defines any incident when the subjects and officers fired their weapons at each other.*

During 2005 there were 16 incidents involving 35 officers where officers and subjects exchanged gunfire, compared to 11 incidents involving 19 officers in 2004, an increase of 45%.

**Officer Statistics:**

| | | **Officer Assignment:** | |
| --- | --- | --- | --- |
| Number of officers who fired: | 35 | RMP | 09 |
| Number of shots fired: | 276 | Foot Patrol | 00 |
| Number of hits: | 23 | Anti-Crime | 17 |
| Hit potential | **8.3%** | Buy & Bust | 00 |
| Shots fired per incident: | 17.3 | Investigator | 06 |
| Shots per officer | 7.9 | Impact | 00 |
| | | Off Duty | 03 |
| Number of officers on duty: | 32 | Undercover | 00 |
| Number of officers off duty: | 03 | ESU | 00 |

**Subject Statistics:**

| | | | |
| --- | --- | --- | --- |
| Number of Subjects who fired: | 17 | Number of Subjects shot/killed: | 02 |
| Number of shots fired by Subjects: | 72 | Number of Subjects shot/injured: | 08 |
| Number of Officers shot/injured: | 07 | | |
| Number of Officers shot/killed: | 02 | | |
| Number of hits by Subjects: | 14 | | |
| Subject hit %: | 19% | | |



**2005 FIREARMS DISCHARGE REPORT**

## _Other Shooting Incidents Involving Subjects_

_Incidents in which officers fired their weapon in defense of themselves or others against subjects **who did not return fire**._

During 2005 there were 43 incidents in which 64 officers fired their weapons at subjects as compared to 40 incidents in 2004 in which 53 officers fired their weapons, a increase of 8%. **In 30 of these incidents, subjects pointed firearms at officers.** In 6 incidents, subjects were armed with weapons other than firearms.

_(6-cutting instrument, 7-physical force/furtive movement)_

| | | | |
|---|---|---|---|
| Number of UMOS who fired: | 64 | **UMOS Assignments** | |
| Number of shots fired: | 196 | | |
| Number of hits: | 59 | RMP | 17 |
| | | Anti-Crime | 07 |
| **% Hits:** | **30%** | Undercover | 00 |
| | | Investigator | 06 |
| Shots fired per incident: | 4.6 | Foot-Patrol | 05 |
| Shots fired per UMOS: | 3.1 | Off Duty | 06 |
| | | ESU | 01 |
| | | Impact | 01 |

| | | | |
|---|---|---|---|
| Number UMOS On duty: | 37 | Number of subjects killed: | 07 |
| Number UMOS Off duty: | 06 | Number of subjects shot/injured: | 18 |



OTHER SHOOTINGS VS SUBJECTS

| 2005 FIREARMS DISCHARGE REPORT |
| --- |

## *DOG RELATED INCIDENTS*

During 2005 there were 32 dog-related incidents in which 35 officers discharged their firearms as compared to 26 incidents in 2004 in which 32 officers discharged their firearms, an increase of 23%.

### Breed of dogs involved:

| | |
| --- | --- |
| Pit Bull | 28 |
| Rottweilers | 02 |
| German Shepherds | 02 |
| Chow | 01 |
| Other/Unknown | 01 |
| **Total** | **34** |

| | |
| --- | --- |
| Number of UMOS who fired: | 35 |
| Number of Shots fired: | 93 |
| **Total hits:** | **58** |
| **% Hits:** | **62%** |
| Dogs injured: | 12 |
| Dogs killed: | 17 |



DOG RELATED INCIDENTS

## 2005 FIREARMS DISCHARGE REPORT

### *ACCIDENTAL DISCHARGES*

During 2005, there were 24 accidental discharge incidents involving 24 officers as compared to 27 incidents in 2004 involving 27 officers, a decrease of 11%.

### *REASONS FOR ACCIDENTAL DISCHARGES*

| | | | |
|---|---|---|---|
| Struggling with subjects | 07 | Handling Weapon | 13 |
| Loading / Unloading weapon | 02 | Falling | 00 |
| Cleaning weapon | 02 | Running | 00 |
| Forcing entry | 00 | Seated in RMP | 00 |

### *NUMBER OF INJURIES SUSTAINED AS A RESULT OF ACCIDENTAL DISCHARGES*

| | | | |
|---|---|---|---|
| Officer shot self/killed | 00 | Officer shot other Officer/killed | 00 |
| Officer shot Civilian/killed | 00 | Officer shot self/injured | 08 |
| Officer shot other /injured | 00 | Officer shot Civilian/injured | 00 |

### *Type of Weapon Involved in Accidental Discharge*

| | | | |
|---|---|---|---|
| Semi-automatic pistols | 18 | Spec. Weapons | 02 |
| Revolvers | 03 | | |
| Shotgun (evidence) | 01 | | |

| | Shot Self | | Shot Other Officer | | Shot Civilian | |
|---|---|---|---|---|---|---|
| | injured | killed | injured | killed | injured | killed |
| **Semi-automatic** | 4 | 0 | 0 | 0 | 1 | 0 |
| **Revolver** | 2 | 0 | 0 | 0 | 0 | 0 |
| **H&K MP5** | 1 | 0 | 0 | 0 | 1 | 0 |
| **Shot Gun** | 1 | 0 | 0 | 0 | 0 | 0 |



16

| 2005 FIREARMS DISCHARGE ASSAULT REPORT |
| --- |

# *Gunfight Synopsis*

| January 3, 2005 | 42 Pct. | OFF DUTY | STREET |
| --- | --- | --- | --- |

On Monday January 3, 2005 at approximately 0015 hours, an off duty detective was seated in his private vehicle along with two companions and was fired upon six times by a male subject. Detective returned fire six times from inside his vehicle. The Subject received one non-life threatening gunshot wound to his torso and was apprehended. There were no reported firearm related injuries to officer, or any civilians.

| April 6, 2005 | 83 Pct. | 12X8 | STREET |
| --- | --- | --- | --- |

On Wednesday April 6, 2005 at approximately 0402 hours, a plainclothes officer assigned to address a series of construction site burglaries noticed two persons rolling a garbage can down the street. Shortly there after the officer observed persons ducking into a building, officer investigated and was fired upon one time by subjects. Officer returned fire three times at the subjects who fled on foot and were not apprehended. There were no reported firearm related injuries to officer or subjects.

| May 15, 2005 | 60 Pct. | 7X3 | STREET |
| --- | --- | --- | --- |

On Sunday May 15, 2005 at approximately 1435 hours, an officer assigned to patrol heard a number of gunshots. Upon arriving at the location the officer was fired upon by the subject who was fleeing the scene. The officer then discharged one round through the windshield of the patrol car. The subject fled on foot and was not apprehended. There were no reported firearm related injuries to officer or subject.

| May 27, 2005 | 28 Pct. | 4X12 | STREET |
| --- | --- | --- | --- |

On Friday May 27, 2005 at approximately 1826 hours, five officers assigned to patrol responded to a call of an armed robbery. When police observed the subject, he turned and discharged several rounds at the officers. Officers then fired 28 rounds at subject striking him several times causing his demise. There were two civilians treated for non-life threatening wounds and no officers reported injured.

## 2005 FIREARMS DISCHARGE REPORT

| June 1, 2005 | 73 Pct. | 4X12 | STREET |
|---|---|---|---|

On Wednesday June 1, 2005 at approximately 1941 hours, an officer assigned to patrol was conducting a car stop. Upon approaching the vehicle on the driver's side the officer was immediately fired on and struck one time. The officer spun around took a few steps and fell to the ground in the middle of the street. Simultaneously the subject exited the vehicle and fired one more time at the fallen officer. The officer who was struggling to stand up was now facing the subject, drew his service weapon and fired sixteen times at the subject then fell to the ground as the subject fled. During the investigation intelligence was gathered to the subjects location where an entry was made and subject was found dead with a self-inflicted gun shot to the head. Officer was treated for gunshot injuries and blunt trauma there were no other firearm related injuries.

| June 9, 2005 | 52 Pct. | 6X2 | STREET |
|---|---|---|---|

On Thursday June 9, 2005 at approximately 0128 hours, an officer assigned to anti-crime observed subject adjusting a bulge in his waistband. As officers neared the subject he pointed a firearm and discharged one round at them while they were still seated in their vehicle. Subject fled, was stopped, ordered to drop his weapon, subject turned and aimed again at officer who discharged two rounds. Subject was apprehended and there were no reported firearm related injuries to officers, civilians or subject.

| July 6, 2005 | 25 Pct. | 8X4 | STREET |
|---|---|---|---|

On Wednesday July 6, 2005 at approximately 1435 hours, two officers assigned to anti-crime observed a subject walking down the street carrying two firearms. In pursuit of the subject, officers sustained gunshot wounds by the perp, one to his right ankle the other to his right thigh and shoulder. The subject fled and in attempt to evade apprehension, jumped from a fourteenth floor apartment window and was apprehended.

| July 17, 2005 | 105 Pct. | 12X8 | STREET |
|---|---|---|---|

On Sunday July 17, 2005 at approximately 0204 hours, an officer assigned to patrol discharged his firearm sixteen times at an armed subject who had just shot three times at the officers with a shotgun. Both officers were struck one in his right thigh and the other in the neck and shoulder area. The subject was struck four times and apprehended.

## 2005 FIREARMS DISCHARGE REPORT

| *July 23, 2005* | *67 pct.* | *8X4* | *STREET* |
|---|---|---|---|

On Saturday July 23, 2005 at approximately 1333 hours, six detectives discharged their firearms twenty three times at an armed subject who had just discharged a firearm into the head of a victim and then fired upon the officers. The subject sustained one gunshot wound and was apprehended, there were no reported firearm related injuries to officers, civilians.

| *September 27, 2005* | *17 Pct.* | *8X4* | *STREET* |
|---|---|---|---|

On Tuesday September 27, 2005 at approximately 1347 hours, a detective assigned to patrol received a pick up of a jewelry store being robbed. Attempting to apprehend the subjects the officer was shot at by one of the subjects. The officer returned fire three times then lost sight of the subjects. Based on the registration of the vehicle used in the robbery the subjects were later apprehended and gun recovered. There were no reported firearm related injuries to officers, civilians or subjects.

| *September 28, 2005* | *23 Pct.* | *6X2* | *STREET* |
|---|---|---|---|

On Wednesday September 28, 2005 at approximately 0050 hours, officers observed a suspicious male adjusting his waistband. Officers asked person to hold up at which time the person fled, officers gave chase and six officers were involved in an exchange of gunfire with the armed subject. A total of seventy-seven rounds were fired at the subject and the subject was struck three times causing an injury to his neck, shoulder and hip. Subject was apprehended and there were no reported firearm related injuries to officers or civilians.

| *October 22, 2005* | *75 Pct.* | *12X8* | *STREET* |
|---|---|---|---|

On Saturday October 22, 2005 at approximately 0412 hours, four officers assigned to anti-crime responded to people stabbed with a knife. Upon exiting their vehicle they encountered a male discharging a firearm directly in front of them. A gunfight ensued the two subjects were struck, one was killed, the other was injured, and a 9mm semi automatic gun was recovered. The Subject was apprehended and there were no reported firearm related injuries to officers or civilians.

19

### 2005 FIREARMS DISCHARGE REPORT

| November 19, 2005 | 77 Pct. | OFF DUTY | STREET |
| --- | --- | --- | --- |

On Saturday November 19, 2005 at approximately 0600 hours, an off duty officer was the victim of an armed robbery. The subject had forcibly removed the officer's jewelry and wallet containing his New York City Police Department Identification Card. The subject then discharged four rounds at the officer who returned, firing ten rounds at the subject. The subject fled on foot and was not apprehended. There were no reported firearm related injuries to officer or subject.

| November 28, 2005 | 70 Pct. | 12X8 | STREET |
| --- | --- | --- | --- |

On Monday November 28, 2005 at approximately 0251 hours, an officer assigned to precinct conditions attempted to effect a car stop. The operator of the vehicle discharged his firearm at the officers, one officer was struck in the torso. The subject fled with the officers in pursuit, the officer realizing he was shot was rushed by patrol car to the hospital where he succumbed to his injuries. The subject was apprehended and arrested, there were no other reported injuries to officers, civilians or the subject.

| December 8, 2005 | 28 Pct. | 12X8 | STREET |
| --- | --- | --- | --- |

On Thursday December 28, 2005 at approximately 0235 hours, two officers assigned to precinct conditions heard two shots fired. Investigating the incident they observed a male running down the street firing a firearm. Upon seeing the officers the subject fired at the officers who returned firing a total of twenty-four rounds. There were no reported injuries to officers or the subject, one civilian was injured as a result of the subject discharging his firearm prior to police involvement.

| December 10, 2005 | 45 Pct. | OFF DUTY | STREET |
| --- | --- | --- | --- |

On Saturday December 10, 2005 at approximately 0524 hours, an off duty officer was mortally wounded in an exchange of gunfire after confronting two males as the officer apparently interrupted a burglary in progress. One male was struck 1 time in the chest the other male was struck seven times about the body. There were no other injuries as a result of this incident.

## 2005 FIREARMS DISCHARGE REPORT

## *Two Officers were Shot and Killed in the Line of Duty in 2005.*

| 2005 FIREARMS DISCHARGE REPORT |
|---|

## *Analysis of Shots Fired by Officers*
## *2005*

| Incident | Total # Incidents | Total # Officers Who fired | Total # Shots Fired | Total # Hits | % Hits | # Shots Per Incident | # Shots Per Officer |
|---|---|---|---|---|---|---|---|
| Gunfights | 16 | 35 | 276 | 23 | 8% | 17.3 | 7.9 |
| Other Shootings Vs. Subjects | 43 | 64 | 196 | 59 | 30% | 4.6 | 3.1 |
| Against Dogs | 32 | 35 | 93 | 57 | 61% | 2.9 | 2.7 |
| Mistaken I.D. | 00 | 00 | 00 | 00 | 00 | 00 | 00 |
| **Sub-Total:** | **91** | **134** | **565** | **139** | **25%** | **6.2** | **4.2** |
| Others* | 05 | 05 | 22 | 02 | 09% | 4.4 | 4.4 |
| Attempted Suicide | 01 | 01 | 01 | 01 | 100% | 01 | 01 |
| Suicide | 02 | 02 | 03 | 02 | 100% | 01 | 01 |
| Accidental Discharges | 24 | 24 | 25 | 10 | 40% | 1.0 | 1.0 |
| **Sub-Total:** | **32** | **32** | **51** | **15** | **29%** | **1.6** | **1.6** |
| **Total:** | **123** | **166** | **616** | **154** | **25%** | **5.0** | **3.7** |

*Others: includes I.O. # 8 of 2005, domestic incidents, intoxicated, etc.

Officers
Shot and Killed By Subjects
1971 - 2005

Number of Officers

| Year | Number of Officers |
| --- | --- |
| 1971 | 12 |
| 1973 | 6, 7 |
| 1975 | 4, 6 |
| 1977 | 4 |
| 1979 | 5, 5 |
| 1981 | 10 |
| 1983 | 3, 4 |
| 1985 | 1 |
| 1987 | 3 |
| 1989 | 5, 6 |
| 1991 | 0 |
| 1993 | 2, 2, 2 |
| 1995 | 0 |
| 1997 | 3, 4, 6 |
| 1999 | 0 |
| 2001 | 0 |
| 2003 | 0 |
| 2005 | 2, 2 |

23



Officers
Shot and Injured By Subjects
1971 – 2005

■ Number of Officers

24





Subjects Shot and Injured
by Officers
1971 - 2005

26



Shooting Incidents
1971 - 2005

■ Number of Shooting Incidents

| Year | Number |
|------|--------|
| 2005 | 123 |
| | 114 |
| 2003 | 130 |
| | 119 |
| 2001 | 136 |
| | 134 |
| 1999 | 155 |
| | 249 |
| 1997 | 253 |
| | 318 |
| 1995 | 345 |
| | 331 |
| 1993 | 312 |
| | 279 |
| 1991 | 332 |
| | 307 |
| 1989 | 329 |
| | 251 |
| 1987 | 351 |
| | 346 |
| 1985 | 369 |
| | 466 |
| 1983 | 349 |
| | 375 |
| 1981 | 452 |
| | 425 |
| 1979 | 394 |
| | 418 |
| 1977 | 434 |
| | 379 |
| 1975 | 454 |
| | 526 |
| 1973 | 665 |
| | 994 |
| 1971 | 810 |

27



Number of Shots Fired by Officers 1971- 2005

| Year | Number of Shots Fired |
|------|----------------------|
| 2005 | 616 |
| 2004 | 352 |
| 2003 | 503 |
| 2002 | 386 |
| 2001 | 499 |
| 2000 | 504 |
| 1999 | 621 |
| 1998 | 856 |
| 1997 | 1040 |
| 1996 | 1292 |
| 1995 | 1728 |
| 1994 | 1146 |
| 1993 | 1193 |
| 1992 | 1094 |
| 1991 | 1112 |
| 1990 | 1176 |
| 1989 | 1073 |
| 1988 | 752 |
| 1987 | 630 |
| 1986 | 528 |
| 1985 | 563 |
| 1984 | 675 |
| 1983 | 831 |
| 1982 | 1036 |
| 1981 | 1254 |
| 1980 | 1150 |
| 1979 | 1040 |
| 1978 | 1222 |
| 1977 | 1152 |
| 1976 | 994 |
| 1975 | 1291 |
| 1974 | 1199 |
| 1973 | 1906 |
| 1972 | 2510 |
| 1971 | 2113 |