EXHIBIT "6"

# Police Academy

# Firearms and Tactics Section

## 2002

### Firearms Discharge Report

 

Prepared by:

**Steven J. Silks**
*INSPECTOR*
*Commanding Officer*
*Firearms and Tactics Section*

# *2002*

# *Firearms Discharge Report*

© No portion of this material may be reproduced without the written permission of the Deputy Commissioner, Training.

## Table of Contents

|  | Page |
|---|---|
| Introduction | 4 |
| Glossary of Terms | 5 |
| Comparison of Shooting Incidents 2001-2002 | 6 |
| **Statistical Summaries** |  |
| Firearms Incidents | 7 |
| Number of Incidents by Day of Week | 7 |
| Number of Incidents by Tour | 7 |
| Number of Incidents by Borough | 7 |
| Number of Incidents by Precinct of Occurrence | 8 |
| Number of UMOS Involved | 9 |
| UMOS Duty Status | 9 |
| Number of Incidents Occurring Indoors/Outdoors | 9 |
| UMOS Accuracy at Distance Fired | 9 |
| (Gunfights, other shootings vs. perpetrator and against dogs) | 9 |
| **UMOS Statistics** | 10 |
| **Shooting Incidents** |  |
| Gunfights | 11 |
| Other Shooting Incidents Involving Perpetrators | 12 |
| Dog Related Incidents | 13 |
| Accidental Discharges | 14 |
| **Gunfight Synopsis** | 15 - 18 |
| **UMOS Killed in the Line of Duty** | 19 |
| **Analysis of Shots Fired by UMOS in 2002** | 20 |
| **Graphs** |  |
| UMOS Shot and Killed by Perpetrators 1970-2002 | 21 |
| UMOS Shot and Injured by Perpetrators 1970-2002 | 22 |
| Perpetrators Shot and Killed by UMOS 1970-2002 | 23 |
| Perpetrators Shot and Wounded by UMOS 1970-2002 | 24 |
| Shooting Incidents 1988-2002 | 25 |
| Number of Shots Fired by UMOS 1988-2002 | 26 |

# INTRODUCTION

The Firearms Discharge Report is compiled and produced annually by the Police Academy, Firearms and Tactics Section. The information contained in this report is obtained from Firearms Discharge Reports prepared by uniformed members of the service and narrative reports prepared by investigating supervisory personnel.

This report provides a statistical analysis of firearms discharges by uniformed members of the service. It also serves as a training tool. Patterns and possible hazards are identified which allow the Department to structure training courses to address current conditions. Circumstances that occur during one or more incidents may indicate the need for new training initiatives or modification of existing programs.

4

# GLOSSARY OF TERMS

**Firearms**          Any incident during which a UMOS fired their
**Incident**          weapon for any reason.
**(Shootings)**

**Defense of**        Any incident whereby the UMOS fired their weapons
**Self/Others**       to defend themselves or another against a perpetrator.
                      Includes gunfights and other shootings versus perpetrator.

**Gunfight**          Any incident during which the perpetrator and member of the
                      service fired their weapons. An exchange of gunfire.

**Other shootings**   Any incident whereby the UMOS fired their weapon in
**Vs. Perpetrators**  defense of themselves or another against a perpetrator and
                      the perpetrator did not return fire.

**FDR**               Firearms Discharge Report. Source document used to
                      compile statistical information for inclusion in this report.

**U.M.O.S.**          Uniformed Member of the Service

| 2002 FIREARMS DISCHARGE REPORT |
| --- |

## Comparison Of Shooting Incidents: 2001 - 2002

The Firearms Discharge Report is broken down into several main categories: **(1) GUNFIGHTS** - when the officer(s) and the perpetrator(s) fire at each other; **(2) OTHER SHOOTINGS vs. Perpetrators** - when an officer(s) fires in defense of themselves or another against a perpetrator(s) and the perpetrator(s) does not return fire; **(3) AGAINST DOGS**; and **(4) ACCIDENTAL DISCHARGES** – when an officer unintentionally discharges a firearm. These incidents are examined to identify dangerous conditions and to develop preventive measures.

During 2002, a total of 119 Firearms Discharge Reports were prepared, as compared to 136 in the year 2001.

|  | 2002 | 2001 |  |  |
| --- | --- | --- | --- | --- |
| Total # incidents | 119 | 136 | 13% | Decrease |
| Total # shots fired | 386 | 499 | 23 % | Decrease |
|  |  |  |  |  |
| Gunfights | 12 | 16 | 25% | Decrease |
| Total # shots fired | 93 | 188 | 151 % | Decrease |
| Total # hits | 17 | 45 | 62% | Decrease |
| Hit potential | 18% | 24% |  |  |
|  |  |  |  |  |
| Other Shootings vs. Perpetrators | 43 | 41 | 5% | Increase |
| Total # shots fired | 189 | 119 | 59% | Increase |
| Total # hits | 48 | 37 | 30% | Increase |
| Hit potential | 25% | 31% |  |  |
|  |  |  |  |  |
| Against Dogs | 38 | 40 | 5% | Decrease |
| Total # shots fired | 78 | 130 | 40% | Decrease |
| Total # hits | 48 | 47 | 70% | Increase |
| Hit potential | 62% | 36% |  |  |

### TOTAL SHOOTING INCIDENTS



| | |
| --- | --- |
| ☐ 253 | |
| ☑ 249 | |
| ☐ 155 | |
| ☐ 134 | |
| ☐ 136 | |
| ☑ 119 | |

6

| 2002 FIREARMS DISCHARGE REPORT |
|---|

## *Statistical Summaries*

### TOTAL NUMBER OF INCIDENTS:

**Firearms Incidents:**

| | |
|---|---|
| Accidental Discharges | 24 |
| Gunfights | 12 |
| Other shootings Vs Perpetrators | 43 |
| Dogs | 38 |
| Mistaken Identity | 00 |
| OTHERS: Intoxicated, Domestic, etc. | 00 |
| Suicide | 02 |

*TOTAL:* **119**

### NUMBER OF INCIDENTS BY DAY

| | |
|---|---|
| Sunday | 16 |
| Monday | 17 |
| Tuesday | 20 |
| Wednesday | 16 |
| Thursday | 21 |
| Friday | 18 |
| Saturday | 11 |

*TOTAL:* *119*

### NUMBER OF INCIDENTS BY TOUR

| | |
|---|---|
| 0001 - 0800 | 32 |
| 0801 - 1600 | 30 |
| 1601 - 2400 | 40 |
| Off-Duty | 17 |

*TOTAL:* *119*

### NUMBER OF INCIDENTS BY BOROUGH:

| | |
|---|---|
| Manhattan South | 06 |
| Manhattan North | 11 |
| Bronx | 31 |
| Brooklyn South | 22 |
| Brooklyn North | 21 |
| Queens South | 12 |
| Queens North | 05 |
| Staten Island | 06 |
| Outside City | 05 |

*TOTAL:* *119*

### NUMBER OF INCIDENTS BY MONTH

| | |
|---|---|
| January | 16 |
| February | 06 |
| March | 08 |
| April | 14 |
| May | 05 |
| June | 05 |
| July | 11 |
| August | 15 |
| September | 14 |
| October | 10 |
| November | 06 |
| December | 09 |

*TOTAL:* *119*

| 2002 FIREARMS DISCHARGE REPORT |
|---|

## NUMBER OF INCIDENTS BY PRECINCT OF OCCURRENCE:

| MANHATTAN SOUTH | 06 |
|---|---|
| 001 | 00 |
| 005 | 01 |
| 006 | 00 |
| 007 | 00 |
| 009 | 02 |
| 010 | 00 |
| 013 | 00 |
| M.T.S. | 02 |
| 017 | 00 |
| M.T.N. | 01 |
| 019 | 00 |

| MANHATTAN NORTH | 11 |
|---|---|
| 019 | 00 |
| 020 | 00 |
| 023 | 00 |
| 024 | 00 |
| 025 | 01 |
| 026 | 02 |
| 028 | 02 |
| 030 | 03 |
| 032 | 00 |
| 033 | 03 |
| 034 | 00 |
| C.P.P. | 00 |

| BRONX | 31 |
|---|---|
| 040 | 04 |
| 041 | 03 |
| 042 | 01 |
| 043 | 05 |
| 044 | 04 |
| 045 | 03 |
| 046 | 01 |
| 047 | 04 |
| 048 | 02 |
| 049 | 00 |
| 050 | 00 |
| 052 | 04 |

| OUTSIDE CITY | 05 |
|---|---|
| Nassau County | 02 |
| Suffolk County | 01 |
| Westchester County | 01 |
| Orange County | 01 |

| BROOKLYN SOUTH | 22 |
|---|---|
| 060 | 02 |
| 061 | 00 |
| 062 | 01 |
| 063 | 03 |
| 066 | 01 |
| 067 | 04 |
| 068 | 01 |
| 069 | 01 |
| 070 | 01 |
| 071 | 06 |
| 072 | 00 |
| 076 | 02 |
| 078 | 00 |

| BROOKLYN NORTH | 21 |
|---|---|
| 073 | 04 |
| 075 | 05 |
| 077 | 03 |
| 079 | 03 |
| 081 | 02 |
| 083 | 02 |
| 084 | 00 |
| 088 | 02 |
| 090 | 00 |
| 094 | 00 |

| QUEENS SOUTH | 12 |
|---|---|
| 100 | 00 |
| 101 | 03 |
| 102 | 01 |
| 103 | 03 |
| 105 | 00 |
| 106 | 02 |
| 107 | 02 |
| 113 | 01 |

| QUEENS NORTH | 05 |
|---|---|
| 104 | 01 |
| 108 | 00 |
| 109 | 00 |
| 110 | 01 |
| 111 | 00 |
| 112 | 02 |
| 114 | 00 |
| 115 | 01 |

| STATEN ISLAND | 06 |
|---|---|
| 120 | 06 |
| 122 | 00 |
| 123 | 00 |

8

| 2002 FIREARMS DISCHARGE REPORT |
|---|

## *UMOS Statistics*

**NUMBER OF UMOS INVOLVED:   138**

| | |
|---|---|
| Captains | 0 |
| Lieutenants | 2 |
| Sergeants | 24 |
| Detectives | 33 |
| Police Officers | 78 |
| Probationary Police Officers | 01 |

**UMOS DUTY STATUS AND ATTIRE**

| | | |
|---|---|---|
| On duty in uniform: | 61 | 44.20 % |
| On duty in civilian attire: | 58 | 42.03 % |
| Off duty | 19 | 13.77 % |

**NUMBER OF INCIDENTS OUTDOORS:** *70*
**NUMBER OF INCIDENTS INDOORS:** *49*

**MEMBERS' ACCURACY AT DISTANCE FIRED:**
**(Gunfights, other shootings against perpetrators and dogs)**

| | # UMOS | # SHOTS | # HITS | HIT POTENTIAL |
|---|---|---|---|---|
| 00 - 02 YDS. | 56 | 138 | 59 | 43% |
| 03 - 07 YDS. | 18 | 91 | 20 | 22% |
| 08 - 15 YDS. | 07 | 25 | 05 | 20% |
| 16 - 25 YDS. | 00 | 00 | 00 | 00% |
| Over 25 YDS. | 02 | 03 | 00 | 00% |
| Not Stated | 29 | 103 | 29 | 28% |
| Total | 112 | 360 | 113 | 31% |

9

| 2002 FIREARMS DISCHARGE REPORT |
|---|

## *UMOS Statistics*

### WEAPONS USED BY UMOS IN SHOOTING INCIDENTS

Revolvers................................. 5
Semi automatic pistols ............ 132

MP5............................. 4
Mini 14........................ 1

SHOOTING INCIDENTS
(Defense of Self/Others):           43
Total number of UMOS who fired:     55

Total number of shots fired:        189
Total number of hits:               48

Hit Potential:                      25%
Shots fired per incident:           4.4
Shots fired per UMOS per incident:  3.4

SHOOTING INCIDENTS
(Dogs):                             38
Total number of UMOS who fired:     42

Total number of shots fired:        78
Total number of hits:               48

Hit Potential:                      62%
Shots fired per incident:           2.1
Shots fired per UMOS per incident:  1.9

SHOOTING INCIDENTS
(Gunfights):                        12
Total number of UMOS who fired:     15

Total number of shots fired:        93
Total number of hits:               17

Hit Potential:                      18%
Shots fired per incident:           7.8
Shots fired per UMOS per incident:  6.2

SHOOTING INCIDENTS
(Combination of all three categories): 93
Total number of UMOS who fired:     112

Total number of shots fired:        360
Total number of hits:               113

Hit Potential:                      31%
Shots fired per incident:           3.9
Shots fired per UMOS per incident:  3.2

10

| 2002 FIREARMS DISCHARGE REPORT |
| --- |

## DEFENSE OF SELF/OTHERS

Any incident when the uniformed member of the service fired his/her weapon to defend themselves or another against a perpetrator.

## *Gunfights*

*Gunfight defines any incident when the perpetrators and the uniformed members of the service fired their weapons at each other.*

During 2002 there were 12 incidents where UMOS and perpetrators exchanged gunfire, compared to 16 in 2001, a decrease of 25%.

| UMOS Statistics: | | UMOS Assignment: | |
| --- | --- | --- | --- |
| Number of UMOS who fired: | 15 | RMP | 1 |
| Number of shots fired: | 93 | Foot Patrol | 1 |
| Number of hits: | 17 | Anti-Crime | 6 |
| Hit Potential: | 18% | Buy & Bust | 0 |
| Shots fired per incident: | 7.8 | Investigator | 1 |
| Shots per UMOS | 6.2 | Tracer | 0 |
| | | Off Duty | 1 |
| Number of UMOS On duty: | 14 | Undercover | 4 |
| Number of UMOS Off duty: | 1 | ESU | 1 |

### Perpetrator Statistics:

| | | | |
| --- | --- | --- | --- |
| Number of perpetrators who fired: | 14 | Number of perpetrators shot killed: | 1 |
| Number of shots fired by perpetrators: | 34 | Number of perpetrators shot injured: | 11 |
| Number of UMOS shot injured by perpetrators: | 3 | | |
| Perpetrators hit potential: | 9% | | |

### GUNFIGHTS



11

| 2002 FIREARMS DISCHARGE REPORT |
|---|

## *Other Shooting Incidents Involving Perpetrators*

*Any incident where a UMOS fired their weapon in defense of themselves or another against a perpetrator, and the perpetrator does not return fire.*

During 2002 there were 43 incidents in which a UMOS fired his/her weapon at a perpetrator as compared to 41 in 2001, an increase of 5%. *Out of the 43 incidents, there were 28 incidents when a perpetrator pointed a firearm at a UMOS and 15 incidents when the weapon was not a firearm.*

*(8- knife, 5-assault, 1-vehicle, 1 imitation pistol)*

| | | UMOS Assignments | |
|---|---|---|---|
| Number of UMOS who fired: | 55 | | |
| Number of shots fired: | 189 | | |
| Number of hits: | 48 | RMP | 12 |
| | | Anti-Crime | 15 |
| Hit Potential: | 25% | Undercover | 4 |
| | | Investigator | 11 |
| Shots fired per incident: | 4.4 | Warrant | 0 |
| Shots fired per UMOS: | 3.4 | Off Duty | 8 |
| | | ESU | 4 |
| | | Tracer | 1 |

| | | | |
|---|---|---|---|
| Number UMOS On duty: | 47 | Number of perpetrators killed: | 12 |
| Number UMOS Off duty: | 8 | Number of perpetrators shot injured: | 13 |

### OTHER SHOOTINGS VS PERPETRATORS



| | |
|---|---|
| □ | 75 |
| ▨ | 79 |
| □ | 41 |
| □ | 52 |
| ■ | 41 |
| ▨ | 43 |

12

| 2002 FIREARMS DISCHARGE REPORT |
|---|

## *DOG RELATED INCIDENTS*

During 2002 there were 38 dog-related incidents when members of the service discharged their firearms as compared to 40 in 2001, a DECREASE of 5 %.

Breed of dogs involved:

| | |
|---|---|
| Pit Bull | 27 |
| Rottweilers | 5 |
| German Shepherds | 1 |
| Mixed Breed | 6 |
| Other/Unknown | 6 |
| Total | 45 |
| Number of UMOS who fired: | 42 |
| Number of Shots fired: | 78 |
| Total hits: | 48 |
| Hit Potential: | 62% |
| Dogs injured: | 08 |
| Dogs killed: | 13 |

### DOG RELATED INCIDENTS



13

## 2002 FIREARMS DISCHARGE REPORT

### *ACCIDENTAL DISCHARGES*

During 2002, there were 24 accidental discharge incidents as compared to 27 in 2001, a decrease of 11%.

#### *REASONS FOR ACCIDENTAL DISCHARGES*

| | | | |
|---|---|---|---|
| Struggling with perpetrators | 2 | Handling Weapon | 13 |
| Loading / Unloading weapon | 0 | Falling | 3 |
| Cleaning weapon | 4 | Forcing entry | 2 |

#### *NUMBER OF INJURIES SUSTAINED AS A RESULT OF ACCIDENTAL DISCHARGES*

| | | | | | |
|---|---|---|---|---|---|
| MOS shot self/killed | 0 | MOS shot other MOS/killed | 0 | MOS shot Civilian/killed | 0 |
| MOS shot self/injured | 6 | MOS shot other MOS/injured | 1 | MOS shot Civilian/injured | 1 |

#### *Type of Weapon Involved in Accidental Discharge*

| | |
|---|---|
| Semi-automatic pistols | 22 |
| Revolvers | 01 |
| Heckler and Koch MP-5 | 01 |

## ACCIDENTAL DISCHARGES



| Legend | Value |
|---|---|
| ☐ | 42 |
| ▨ | 55 |
| ☐ | 37 |
| ☐ | 26 |
| ◼ | 27 |
| ▨ | 24 |

14

2002 FIREARMS DISCHARGE ASSAULT REPORT

# *Gunfight Synopsis*

| January 01, 2002 | 113 Pct | 12X8 | Street |
|---|---|---|---|

On Tuesday, January 01, 2002, at approximately 0004 hours, in the common driveway in the rear of 118-30 154 Street. An On-duty Police Officer, assigned to 113 anti-crime unit, while on surveillance in regards to auto larceny heard gunshots. The officer accompanied by other officers advanced towards the sound of gunfire. The Officer observed a male discharge a silver revolver. The Officer stated "Police Don't Move". The perpetrator discharged a second round in the direction of the officer. The Officer discharged his authorized 9 mm Sig-Sauer semi-auto pistol, a total of six (6) times at the perpetrator striking him two times. A silver Arminius .357 magnum revolver was recovered at the scene. There were serious injuries to the perpetrator as a result of this discharge.

| January 01, 2002 | 73 Pct. | 12X8 | Street |
|---|---|---|---|

On Tuesday January 01, 2002 at approximately 0004 hours. in front of 301 Sutter Avenue (Langston Hughes Houses) a Sergeant and Police Officer assigned to Street Crime observed a group of males discharging firearms in the air. The officers took cover and identified themselves at which time the males fired at the officers. The officers returned fire and a foot pursuit ensued. The officers were again fired upon by the perpetrators and returned fire. Three perpetrators were arrested as a result of this incident. One perpetrator's firearm was recovered: Smith and Wesson model 26 five shot 38 cal revolver.

| March 8, 2002 | 81 Pct. | 12X8 | Inside |
|---|---|---|---|

On Friday, March 8, 2002 at approximately 0025 hours, On-duty plainclothes Detectives assigned to the Brooklyn North gang unit, while on routine patrol in an unmarked auto observed a suspicious male enter a store located at 308 Patchen Avenue. The officers followed the suspect into the store at which time they heard a gunshot. The officer observed the male with a firearm in his hand and discharged one (1) round from his Glock model 19 9mm pistol at the armed subject. The subject discharged one (1) round from a Smith and Wesson revolver and struck himself in the right leg causing minor injury. There was minor property damage to a food display case caused by the round fired by the officer. A Smith & Wesson Model 10 was recovered at the scene.

15

## 2002 FIREARMS DISCHARGE REPORT

---

*April 26, 2002*                    63 Pct.                    4X12                    STREET

At approximately, 1936 hours on Friday April 26, 2002, in the rear of 626 East 57th Street, a Police Officer, while on duty and in uniform, was assigned to safe guard a stolen auto from an earlier arrest. A perpetrator then entered the location and discharged seven (7) .45 caliber rounds at him. The officer was struck one (1) time in the left side torso below his bullet resistant vest causing serious injury. The officer then discharged three (3) rounds from his authorized 9 mm service weapon at a perpetrator. The officer's rounds did not hit the perpetrator. The perpetrator's firearm, a .45 cal Firestar semiautomatic pistol was recovered. There was property damage to various vehicles and a garage door as a result of this incident.

---

*May 22, 2002*                    73Pct.                    1600X1200                    Inside

On Wednesday May 22, 2002 at approximately 2147 hours, inside the 6th floor hallway of 301 Sutter Ave, undercover officers assigned to the OCCB Firearms Investigation Division were attempting to conduct a firearms buy operation. The perpetrators went to retrieve the guns, however when they returned they began firing at the undercover officers, striking one of the officers in the hand and forearm. The officers returned fire. Three (3) of the perpetrators suffered gunshot wounds and were apprehended. Another male was apprehended uninjured. Yet another perpetrator fled and is being sought. One (1) of the suspect's weapons, a Tanfolio 9 mm semiautomatic pistol was recovered. Minor property damage to walls was sustained.

---

*June 14, 2002*                    77 PCT.                    1600X1200                    STREET

On Friday, June 14, 2002, at approximately 1924 hours, an Off Duty Police Officer observed two males engaging in a gunfight at the corner of Franklin Avenue and Bergen Street in the confines of the 77 Precinct. After calling 911 for assistance, the officer took cover behind a parked auto, identified himself as a police officer, at which time one of the perpetrators discharged his firearm at the officer. The officer fired five (5) shots from his firearm striking the perpetrator in the head and shoulder. One Ruger 40 caliber semiautomatic pistol was recovered from the perpetrator. One (1) un-apprehended perpetrator fled the scene. Minor property damage to window and wall was sustained.

## 2002 FIREARMS DISCHARGE REPORT

| June 16, 2002 | 9 Pct. | 12X8 | Inside |
|---|---|---|---|

On Sunday, June 16, 2002 at approximately 0248 hours, a Police Officer assigned to the Emergency Service Unit responded to a signal 10-13 "Officer Needs Assistance" at the Veloce Bar located at 175 2nd Avenue. The officer encountered a perpetrator who had shot three people and had taken hostages inside of this location. The officer discharged one round from his authorized service weapon after being fired upon by the armed perpetrator. The round struck the perpetrator causing a non-life threatening wound to the left side of the head. During the course of this hostage situation the perpetrator fired shots in the direction of the responding officers, no members of the service were injured. A Lorcin .380 caliber pistol, a Davis industries .22 caliber derringer, a Ruger .22 caliber rifle and a machete were recovered at the scene.

| September 14, 2002 | 88 Pct. | 4X12 | STREET |
|---|---|---|---|

On Saturday September 14, 2002, at approx. 2127 hours, three officers assigned to the Brooklyn North Targeted Offender Program while on patrol in the in the vicinity of 48 Monument Walk in the confines of the Ingersoll houses observed a suspicious male walking on the street bumping into pedestrians. The officers stopped the suspicious male who became agitated and ran from the officers. The officers pursued the suspect on foot at which time the suspect stopped, turned, assumed a shooting stance and fired a handgun at the officers. The officers discharged their weapons five (5), three (3) and one (1) times respectively at the armed perpetrator. The perpetrator was apprehended and a loaded Glock 9 mm firearm was recovered at the scene. No injuries were sustained. However there was minor property damage.

| September 20, 2002 | 40 Pct. | 8X4 | Transit |
|---|---|---|---|

On Friday September 20, 2002, at approximately 1035 hours on the north bound platform of the subway station located at east 149th Street and 3rd Avenue in the Bronx, A uniformed officer assigned to Transit District 12, observed a male evade the toll by jumping the turnstile. When the officer attempted to arrest the offender the perpetrator resisted arrest and gained control of the officer's firearm. The perpetrator then fired one round at a second officer who was responding to assist in the arrest. The second officer returned fire and struck the perpetrator two (2) times once in the right side of his torso and once in his lower leg. In addition, there was minor property damage to the tile walls of the train station.

17

## 2002 FIREARMS DISCHARGE REPORT

| October 6, 2002 | 70 Pct. | 12X8 | Inside |
|---|---|---|---|

At approximately 0030 hours Sunday October 6, 2002, in the basement of 505 Ocean Avenue, police officers were responding to a report of shot fired when they observed a male with a gun attempt to flee out of a window.   As the officer struggled with the perpetrator, the offender gained control of the officer's firearm and shot him one time in the forearm.  The bullet passed through the officer's arm and was stopped by his bullet resistant vest.  A loaded .380 caliber pistol was recovered outside the window.  The perpetrator succeeded in fleeing the scene but was apprehended a short time later at Caledonia Hospital where he had sought medical attention for a gunshot wound to the right shoulder.

| November 30, 2002 | 106 Pct. | 12X8 | Outside |
|---|---|---|---|

On Saturday November 30, 2002 at approximately 1600 hours, undercover officers were conducting a case buy inside a barbershop located at 111-49 Lefferts Blvd when an undercover (ghost) outside observed two males in a dispute.  One of the males drew a pistol and discharged one round at the other male.  The ghost identified himself as a police officer at which time the perpetrator fired several rounds from a 45-caliber pistol.  The officer returned fire and after a brief foot chase the perpetrator was arrested and his firearm was recovered.

| December 8, 2002 | 110 Pct. | 4X12 | Outside |
|---|---|---|---|

On Sunday December 8, 2002 at 2257 hours, at 40-13 103 Street, Members of the Queens Gang Unit were conducting gang surveillance.  The officers observed a male discharge a firearm at the location.  As the officers exit their vehicle they observe a second and third male struggling over possession of a firearm.  A gunfight ensued with a member of the service, resulting in one (1) perpetrator D.O.A. shot by police and one (1) injured shot by other perpetrator.  A Ruger .22 Caliber semi-automatic was recovered at the scene.  No injuries to police officers resulted.

18

> *There were no Uniformed Members of the Service Shot and Killed in the Line of Duty in 2002.*

19

2002 FIREARMS DISCHARGE REPORT

Comment: Case #192

## *Analysis of Shots Fired by U.M.O.S.*
## *2002*

| Incident | Total # Incidents | Total # UMOS Who fired | Total # Shots Fired | Total # Hits | Hit Potential | # Shots Per Incident | # Shots Per UMOS |
|---|---|---|---|---|---|---|---|
| Gunfights | 12 | 15 | 93 | 17 | 18% | 7.8 | 6.2 |
| Other Shootings Vs. Perpetrators | 43 | 55 | 189 | 48 | 25% | 4.4 | 3.4 |
| Against Dogs | 38 | 42 | 78 | 48 | 62% | 2.1 | 1.9 |
| Mistaken I.D. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sub-Total: | 93 | 112 | 360 | 113 | 31% | 3.9 | 3.2 |
| Others* | 0 | 0 | 0 | 0 | | | |
| Attempted Suicide | 0 | 0 | 0 | 0 | | | |
| Suicide | 2 | 2 | 2 | 2 | | | |
| Accidental Discharges | 24 | 24 | 24 | 8 | | | |
| Total: | 119 | 138 | | | | | |

*Others:  includes domestic incidents, intoxicated, etc.

20



Uniformed Members of the Service
Shot and Killed By Perpetrators
1970 - 2002

21



Uniformed Members of the Service
Shot and Injured By Perpetrators
1970 - 2002

□ Number of UMOS

22

## Type of Weapon Involved in Accidental Discharge

| | |
|---|---|
| Semi-automatic pistols | 22 |
| Revolvers | 01 |
| Heckler and Koch MP-5 | 01 |



## ACCIDENTAL DISCHARGES

Legend:
- 42
- 55
- 37
- 26
- 27
- 24

Years: 1997, 1998, 1999, 2000, 2001, 2002

23



Perpetrators Shot and Killed
by Uniformed Members of the Service
1970 - 2002

□ Number of Perpetrators

| Year | Number of Perpetrators |
|------|------------------------|
| 2002 | 13 |
| 2001 | 11 |
| 2000 | 14 |
| 1999 | 11 |
| 1998 | 19 |
| 1997 | 20 |
| 1996 | 30 |
| 1995 | 26 |
| 1994 | 29 |
| 1993 | 22 |
| 1992 | 24 |
| 1991 | 27 |
| 1990 | 39 |
| 1989 | 30 |
| 1988 | 24 |
| 1987 | 14 |
| 1986 | 18 |
| 1985 | 11 |
| 1984 | 26 |
| 1983 | 29 |
| 1982 | 33 |
| 1981 | 33 |
| 1980 | 25 |
| 1979 | 28 |
| 1978 | 37 |
| 1977 | 30 |
| 1976 | 25 |
| 1975 | 44 |
| 1974 | 41 |
| 1973 | 58 |
| 1972 | 66 |
| 1971 | 93 |
| 1970 | 50 |

23



24



Shooting Incidents
1988 - 2002



Number of Shots Fired
by Uniformed Members of the Service
1988 - 2002

| Year | Number of Shots Fired |
|------|----------------------|
| 2002 | 386 |
| 2001 | 499 |
| 2000 | 504 |
| 1999 | 621 |
| 1998 | 856 |
| 1997 | 1040 |
| 1996 | 1292 |
| 1995 | 1728 |
| 1994 | 1146 |
| 1993 | 1193 |
| 1992 | 1094 |
| 1991 | 1112 |
| 1990 | 1176 |
| 1989 | 1073 |
| 1988 | 752 |

26