## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 )ss.:
COUNTY OF NASSAU)

GAIL DIPASQUA, being duly sworn, deposes and says:

Deponent is not a party to this action, is over 18 years of age and resides at Oceanside, New York.

On the 5th day of December, 2007 deponent served the within **NOTICE OF CROSS-MOTION, DECLARATION OF CANDACE REID GLADSTON, AND AFFIDAVIT OF MICHAEL J. PALLADINO IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT, WITH EXHIBITS** upon:

Michael A. Cardozo, Esq.
Attorneys for Defendants
The City of New York Law Department
100 Church Street, Room 2-187
New York, New York 10007-2601
Attn: Alan M. Schlesinger, Esq.
(212) 788-0303
aschlesi@law.nyc.gov

by transmitting said papers via e-mail to aschlesi@law.nyc.gov designated by said attorney for that purpose.

_____
GAIL DIPASQUA

Sworn to before me this
5th day of December, 2007.

_____
Notary Public

LISA A. NICHOLS
Notary Public, State of New York
No. 01NI6093930
Qualified in Nassau County
Commission Expires June 9, 2011

1949706.1