

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: **JAN 0 3 2008**



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007-2601

ALAN M. SCHLESINGER
*Senior Counsel*

(212) 788-0952
Fax No.: (212) 788-0940
aschlesi@law.nyc.gov
(E-mail and Fax. <u>Not</u> For Service Of Papers)

December 27, 2007

<u>By Facsimile Transmission To (212) 805-6737</u>

Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

**SO ORDERED**

*[signature]*

HON. GEORGE B. DANIELS

**JAN 0 3 2008**

Re:   Palladino v. City of New York, et al.,
      07 Civ. 9246 (GBD)(MHD)
      Matter No. 2007-031620

Dear Judge Daniels:

I am the Assistant Corporation Counsel assigned to defend the above-referenced action. I write to request that defendants' time to oppose plaintiffs' cross-motion for summary judgment, and to serve a reply on defendants' motion to dismiss, be extended by one week from December 28, 2007, to January 4, 2008, and plaintiffs' reply papers be similarly extended by one week from January 11, to January 18, 2008. This is defendants' first request for an extension of time concerning this motion, which was scheduled pursuant to agreement of the parties and approved by the Court's November 20th, order. Plaintiffs consent to this request.

Defendants request this extension because the response to plaintiffs' cross-motion for summary judgment has been more difficult than anticipated due to the holidays and the volume of work that awaited me on my return to work from vacation on December 24th. I therefore respectfully request this one week extension of time to complete the opposition to the summary judgment motion and the same one week extension for plaintiffs' reply papers.

Thank you for your consideration of this request.

Respectfully submitted

*[signature]*

/Alan M. Schlesinger
Assistant Corporation Counsel

cc:   Candace R. Gladston
      (By Facsimile Transmission)