## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2008, the foregoing **REPLY BRIEF IN SUPPORT OF PLAINTIFFS' CROSS MOTION FOR SUMMARY JUDGMENT** was filed in <u>Michael Palladino, as President of the New York City Detectives' Endowment Association, Inc. et. al. v. The City of New York, et al.</u>, 07-CIV-9246, with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or Southern District's Local Rules, and/or the Southern District Rules on Electronic Service upon the following parties and participants:

TO: Michael A. Cardozo, Esq.
Attorneys for Defendants
Corporation Counsel of the City of New York
100 Church Street, Room 2-187
New York, New York 10007
Attn: Alan M. Schlesinger, Esq.
aschlesi@law.nyc.gov
(212) 788-0303

_____
Candace Reid Gladston

1939660.1