UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

MICHAEL PALLADINO, et al.,

                     Plaintiffs,

        -against-

THE CITY OF NEW YORK, et al.,

                    Defendants.

------------------------------------- x

07 CV 9246 (GBD)

ORDER

GEORGE B. DANIELS, District Judge:

    The Docket Clerk is hereby instructed to remove Documents 20 and 21 from the motions list. Those documents are the supporting memorandum of law and exhibits for defendants' actual motion to dismiss (Document 19).

Dated: April 1, 2008
       New York, New York

SO ORDERED:

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge