```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                  :
MICHAEL PALLADINO, et al.,                        :
                                                  :
                              Plaintiffs,         :       07 CV 9246 (GBD)
                                                  :
              -against-                           :       ORDER
                                                  :
THE CITY OF NEW YORK, et al.,                     :
                                                  :
                              Defendants.         :
                                                  :
                                                  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: APR 21 2008

GEORGE B. DANIELS, District Judge:

  The Docket Clerk is hereby instructed to remove Document 22 from the motions list.

This document contains the supporting exhibits for defendants' actual motion to dismiss

(Document 19).

Dated: April 21, 2008
   New York, New York

                SO ORDERED:

                *[signature]*
                GEORGE B. DANIELS
                United States District Judge